Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __FRANK MARTIN PARIS, JR.__ Case No. __23-16481__ Chapter __7__

All Cases: Moving Creditor __KERRY PARIS__ Date Case Filed __12/08/2023__

Nature of Relief Sought: ☑ Lift Stay ☐ Annul Stay ☑ Other (describe) __hold that automatic stay does not apply__

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
☑ No-Asset Report not Filed, Date of Creditors Meeting __01/08/2024__

1. Collateral
   a. ☐ Home
   b. ☐ Car Year, Make, and Model _____
   c. ☑ Other (describe) __NON-ESTATE PROPERTY__

2. Balance Owed as of Petition Date $ __TBD__
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $ __NON-ESTATE PROPERTY__

5. Default
   a. ☑ Pre-Petition Default
      Number of months _____ Amount $ _____

   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____ Amount $ _____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____ Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☑ Other (describe) __exempt from stay under 11 U.S.C. § 362(b)(2)(B)__

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☑ Other "Cause" § 362(d)(1)
      i. ☑ Bad Faith (describe) __11 U.S.C. § 707(a)__
      ii. ☐ Multiple Filings
      iii. ☑ Other (describe) __NON-ESTATE PROPERTY__

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed

Date: __12/11/2023__                           __/s/ Carolina Y. Sales__
                                                   Counsel for Movant

(Rev. 12/21/09)