# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-16481 |
| Frank Martin Paris, Jr. ) | |
| ) | Hon. David D. Cleary |
| Debtor. ) | |
| ) | Chapter 7 |

## NOTICE OF OBJECTION

PLEASE TAKE NOTICE That Frank Martin Paris, Jr. Objects to the Emergency Motion of Kerry Paris for Order Clarifying that the Automatic Stay Does Not Apply or, in the Alternative, to Lift the Automatic Stay *Nunc Pro Tunc a*nd Authorizing Filing of Motion in Excess of 15 Pages, (Dkt. No. 20) and request that it be called for presentment.

DATED: 12/12/23  Respectfully submitted,

CRANE, SIMON, CLAR & GOODMAN

By: /s/Scott R. Clar
    One of its attorneys

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice of Objection to be served on all parties listed on the attached Service List via the Court's Electronic Registration/email (as indicated) on the 12th day of December 2023.

/s/Scott R. Clar

**COUNSEL TO THE OFFICIAL UNSECURED CREDITORS' COMMITTEE**:
Scott R. Clar   (Atty. No. 06183741)
Crane, Simon, Clar & Goodman
135 South LaSalle Street, Suite 3905
Chicago, IL 60603
(312) 641-6777
(312) 641-7114 (fax)
sclar@cranesimon.com

**Service List**

- **Ira Bodenstein**     iratrustee@cozen.com, IL29@ecfcbis.com
- **Thomas C Cronin**     tcc@cronincoltd.com
- **Sean B Crotty**     scrotty@crottylaw.com, dmueller@colemanlawfirm.com;docket@crottylaw.com
- **Steve Jakubowski**     sjakubowski@robbinsdimonte.com
- **Patrick S Layng**     USTPRegion11.ES.ECF@usdoj.gov
- **Elizabeth E Richert**     erichert@crottylaw.com, docket@crottylaw.com;dmueller@crottylaw.com
- **Carolina Y. Sales**     csales@robbinsdimonte.com, mrussell@robbinsdimonte.com