# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Frank Martin Paris, Jr., | ) | Case No. 23-16481 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE
## ON BEHALF OF BEVERLY BANK & TRUST COMPANY, N.A.

PLEASE TAKE NOTICE that creditor Beverly Bank & Trust Company, N.A. ("Beverly Bank") hereby appears in the above-captioned case by its counsel, Ann Addis Pantoga of Thompson Coburn LLP and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), requests that all notices and pleadings given or filed in this case be given and served upon:

Ann Addis Pantoga, Esq.
Thompson Coburn LLP
55 East Monroe, 37th Floor
Chicago, Illinois 60603
Phone: (312) 580-2208
Fax: (312) 580-2201
apantoga@thompsoncoburn.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notice shall not be deemed or construed to be a waiver of the rights of Beverly Bank's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, or recoupments to which Beverly Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Beverly Bank expressly reserves.

DATED: December 13, 2023

Respectfully submitted,

BEVERLY BANK & TRUST COMPANY, N.A.

By  */s/ Ann Addis Pantoga*
       One of Its Attorneys

Ann Addis Pantoga
THOMPSON COBURN LLP
apantoga@thompsoncoburn.com
55 East Monroe Street, 37th Floor
Chicago, IL 60603
Phone: (312) 346-7500
Direct: (312) 580-2208
Fax: (312) 580-2201

*Attorneys for Beverly Bank & Trust Company, N.A.*

## CERTIFICATE OF SERVICE

      I, Ann Addis Pantoga, an attorney, hereby certify that on December 13, 2023, a copy of the foregoing **Entry of Appearance and Request for Notice on Behalf of Beverly Bank & Trust Company, N.A.** was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Northern District of Illinois.

                                                         */s/ Ann Addis Pantoga*