U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: In re Frank Martin Paris, Jr.    Case Number: 23-16481

An appearance is hereby filed by the undersigned as attorney for:
Beverly Bank & Trust Company, N.A.

Attorney name (type or print): Ann Addis Pantoga

Firm: Thompson Coburn LLP

Street address: 55 E. Monroe Street, 37th Fl.

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6243624    Telephone Number: 312-346-7500
(See item 3 in instructions)

Email Address: apantoga@thompsoncoburn.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/13/2023

Attorney signature: S/ Ann Addis Pantoga
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015