**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 23-16481 |
| | ) | |
| Frank Martin Paris, Jr., | ) | Chapter 7 |
| | ) | |
| | ) | The Honorable David D. Cleary |
| | ) | |
| Debtor. | ) | Hearing Date: February 28, 2024 |
| | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

TO:  See attached list

**PLEASE TAKE NOTICE** that on **February 28, 2024 at 10:00 a.m.**, I will appear before the **Honorable David D. Cleary**, or any judge sitting in her place, **either** in Courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, or electronically as described below and present the **Motion To Extend Time To Object To Discharge Or Dischargeability Under 523/727**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password.** The meeting ID for this hearing is **161 122 6457** and the passcode is **Cleary644**. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                Ori Law Group, LLC f/k/a Angelini & Ori LLC
                                                a/k/a Angelini, Ori & Abate

                                                /s/ Daniel P. Dawson
                                                  One of his attorneys

Daniel P. Dawson (ARDC #6199728)
Nisen & Elliott, LLC
180 N. LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 346-7800
ddawson@nisen.com
adrag@nisen.com

## CERTIFICATE OF SERVICE

  Daniel P. Dawson, an attorney, certifies that he served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated below on February 20, 2024.

                        /s/ Daniel P. Dawson

## SERVICE LIST

*Electronic Mail Notice Through the ECF System*

- **Ira Bodenstein**   iratrustee@cozen.com, IL29@ecfcbis.com
- **Timothy W Brink**   tbrink@mpslaw.com, crampich@mpslaw.com
- **Scott R Clar**   sclar@cranesimon.com, mjoberhausen@cranesimon.com; imon@cranesimon.com
- **Thomas C Cronin**   tcc@cronincoltd.com
- **Sean B Crotty**   scrotty@crottylaw.com, dmueller@colemanlawfirm.com; docket@crottylaw.com
- **Daniel P. Dawson**   ddawson@nisen.com, adrag@nisen.com
- **Steve Jakubowski**   sjakubowski@robbinsdimonte.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Ann Addis Pantoga**   apantoga@thompsoncoburn.com
- **Elizabeth E Richert**   erichert@crottylaw.com, docket@crottylaw.com; dmueller@crottylaw.com
- **Steven R Rogovin**   srogovin@mpslaw.com, crampich@mpslaw.com
- **Carolina Y. Sales**   csales@robbinsdimonte.com, mrussell@robbinsdimonte.com

*Manual Notice (Via U.S. Mail)*

Frank Martin Paris, Jr.
1100 Keystone
River Forest, IL 60305

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-16481 |
| | ) | |
| Frank Martin Paris, Jr., | ) | Chapter 7 |
| | ) | |
| | ) | The Honorable David D. Cleary |
| | ) | |
| Debtor. | ) | Hearing Date: February 28, 2024 |
| | ) | Hearing Time: 10:00 a.m. |

## MOTION TO EXTEND TIME
## TO OBJECT TO DISCHARGE OR DISCHARGEABILITY UNDER 523/727

Ori Law Group, LLC f/k/a Angelini & Ori LLC a/k/a Angelini, Ori & Abate ("Angelini Ori & Abate"), by its counsel, Nisen & Elliott, LLC, as its Motion To Extend Time To Object To Discharge Or Dischargeability Under 523/727 (the "Motion"), states as follows:

### Jurisdiction and Venue

1. The Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

2. This matter is a core proceeding under 28 U.S.C. § 157(b).

3. Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

### Procedural History and Background

4. The Debtor, Frank Martin Paris, Jr. ("Debtor"), commenced this proceeding by filing a voluntary petition for bankruptcy protection under Chapter 7 of Title of the United States Code (the "Bankruptcy Code") on December 8, 2023 (the "Petition Date").

5. The current deadline for all parties, including Angelini Ori & Abate, to file a complaint challenging whether certain debts are dischargeable (pursuant to 11 U.S.C. §523) and seeking to have those debts exempted from discharge is March 8, 2024. The current deadline to file a complaint objecting to the Debtor receiving a discharge (pursuant to 11 U.S.C. §727) is also

March 8, 2024.

6. Therefore, the dates for Angelini Ori & Abate to file complaints objecting to the Debtor's discharge and/or to challenge whether certain debts are dischargeable, to the extent it chooses to do so, has not yet passed.

**Relief Requested And Additional Basis For Relief**

7. By this Motion, Angelini Ori & Abate seeks to extend the time for it to file any complaints objecting to the Debtor's discharge and/or challenging whether certain debts are dischargeable (and seeking to exempt those debts from discharge) to May 31, 2024.

8. The state court overseeing the Debtor's dissolution proceedings ordered Frank Martin Paris Jr. to pay Angelini Ori & Abate $935,000 and specifically found that the contribution award was in the nature of maintenance and child support within the meaning of 11 U.S.C. § 523(a)(5).

9. However, the §341 meeting of creditors has been continued several times and has not been concluded. In addition, the Debtor agreed to produce certain additional documents concerning his assets and liabilities and also told the Trustee he intends to file amended schedules.

10. Accordingly, without prejudice as to whether any such complaints are or will be necessary, Angelini Ori & Abate requests the date for it to file any complaint objecting to the Debtor receiving a discharge (pursuant to 11 U.S.C. §727) and/or challenging whether certain debts are dischargeable and seeking to have those debts exempted from discharge (pursuant to 11 U.S.C. §523) be extended to May 31, 2024.

Wherefore, Ori Law Group, LLC f/k/a Angelini & Ori LLC a/k/a Angelini Ori & Abate requests the Court to extend the time for it to file any complaint it chooses to file objecting to the Debtor's discharge and/or challenging whether certain debts are dischargeable (and seeking to

exempt those debts from discharge) to May 31, 2024, and for all other relief this court deems just and proper.

                                          Respectfully submitted,

                                          Ori Law Group, LLC f/k/a Angelini & Ori LLC
                                          a/k/a Angelini Ori & Abate

                                          By: /s/ Daniel P. Dawson
                                               One of its attorneys

Daniel P. Dawson
Nisen & Elliott, LLC
180 N. LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 346-7800
(312) 346-9316 fax
ddawson@nisen.com
adrag@nisen.com