UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                          )          BK No.:    23-16481
                                                )
FRANK MARTIN PARIS, JR.,                        )          Chapter: 7
                                                )          Honorable David D. Cleary
                                                )
                                                )
                      Debtor(s)                 )

**ORDER GRANTING MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE**

        This matter having come on the trustee's motion to extend time to object to discharge, due notice having been given, and the court being fully advised,

        IT IS HEREBY ORDERED:

        The motion is granted as set forth herein.  The deadline for the trustee to object to discharge is extended to and including May 31, 2024.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  February 21, 2024

**Prepared by:**

Ira Bodenstein
Cozen O'Connor
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 474-1647
ibodenstein@cozen.com