# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FRANK MARTIN PARIS, JR. | ) | Case No. 23-16481 |
| | ) | |
| Debtor. | ) | Honorable David D. Cleary |
| | ) | |
| | ) | Hearing Date: March 27, 2024 |
| | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

TO: *See attached Certificate of Service*

**PLEASE TAKE NOTICE** that on **March 27, 2024 at 10:00 a.m.**, I will appear before the **Honorable David D. Cleary,** or any judge sitting in his place, either in Courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, or electronically as described below and present Republic Bank of Chicago's **Motion to Extend Time to Object to Discharge Or Dischargeability Pursuant to 11 U.S.C. §§ 727 or 523**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID. Meeting ID and password. The meeting ID for this hearing is **161 122 6457** and the passcode is **Cleary644.** The meeting ID and further information can also be found on Judge Cleary's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: March 8, 2024                  Respectfully submitted,

                                             **REPUBLIC BANK OF CHICAGO**

                                             By:   */s/ Timothy W. Brink*
                                                      One of Its Attorneys

                                             Timothy W. Brink (ARDC No. 6215802)
                                             Steven R. Rogovin (ARDC No. 6301409)
                                             **MELTZER, PURTILL & STELLE LLC**
                                             125 South Wacker Drive, Suite 2900
                                             Chicago, Illinois 60606
                                             (312) 987-9900
                                             tbrink@mpslaw.com
                                             srogovin@mpslaw.com

# CERTIFICATE OF SERVICE

I, Christine Rampich, affirm that on March 8, 2024, I served copies of the attached **Motion to Extend Time to Object to Discharge or Dischargeability Pursuant to 11 U.S.C. §§ 727 or 523** and the accompanying **[Proposed] Order Granting Motion to Extend Time to Object to Discharge or Dischargeability Pursuant to 11 U.S.C. §§ 727 or 523** upon those individuals listed on the attached service list through the Court's ECF system and/or by depositing same in the U.S. Mail from 125 South Wacker, Suite 2900, Chicago, Illinois.

By *  /s/ Christine Rampich  *

**Electronic Mail Notice Through the ECF System**

- **Paul M Bauch**   pbauch@bmlawllc.com, smohan@bmlawllc.com;5242@notices.nextchapterbk.com
- **Ira Bodenstein**   iratrustee@cozen.com, IL29@ecfcbis.com
- **Timothy W Brink**   tbrink@mpslaw.com, crampich@mpslaw.com
- **Scott R Clar**   sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
- **Thomas C Cronin**   tcc@cronincoltd.com
- **Sean B Crotty**   scrotty@crottylaw.com, dmueller@colemanlawfirm.com;docket@crottylaw.com
- **Daniel P. Dawson**   ddawson@nisen.com, adrag@nisen.com
- **Allen J Guon**   aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- **Steve Jakubowski**   sjakubowski@robbinsdimonte.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Thomas S. Leo**   sleo@leolawpc.com, officemanager@leolawpc.com
- **Sonette Magnus**   smagnus@thompsoncoburn.com
- **Ann Addis Pantoga**   apantoga@thompsoncoburn.com
- **Elizabeth E Richert**   erichert@crottylaw.com, docket@crottylaw.com;dmueller@crottylaw.com
- **Steven R Rogovin**   srogovin@mpslaw.com, crampich@mpslaw.com
- **Carolina Y. Sales**   csales@robbinsdimonte.com, mrussell@robbinsdimonte.com
- **Steven Yachik**   syachik@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

**Notice (Via U.S. Mail)**

Frank Martin Paris, Jr.
1100 Keystone
River Forest, IL 60305

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| FRANK MARTIN PARIS, JR. | ) Case No. 23-16481 |
| | ) |
| Debtor. | ) Honorable David D. Cleary |
| | ) |
| | ) Hearing Date: March 27, 2024 |
| | ) Hearing Time: 10:00 a.m. |

**MOTION TO EXTEND TIME TO OBJECT TO**
**DISCHARGE OR DISCHARGEABILITY PURSUANT TO 11 U.S.C. §§ 727 OR 523**

COMES NOW, Republic Bank of Chicago, by and through undersigned counsel, and for its Motion to Extend Time to Object to Discharge or Dischargeability Pursuant to 11 U.S.C. §§ 727 or 523 (the "Motion"), states as follows:

**JURISDICTION**

1. The Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

2. This matter is a core proceeding under 28 U.S.C. § 157(b).

3. Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

4. The Debtor, Frank Martin Paris, Jr. ("Debtor"), filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") on December 8, 2023 (the "Petition Date").

5. The current deadline to file a complaint to seek the exception of debts from discharge pursuant to 11 U.S.C. §523 is March 8, 2024. The current deadline to file a motion or complaint objecting to the Debtor receiving a discharge pursuant to 11 U.S.C. §727 is also March 8, 2024.

6. Because the deadlines to file a complaint to seek the exception of debts from discharge pursuant to 11 U.S.C. §523 and to file a motion or complaint objecting to the Debtor receiving a discharge pursuant to 11 U.S.C. §727 have not yet passed, this Motion is timely pursuant to Rules 4004(b) and 4007(c) of the Federal Rules of Bankruptcy Procedure.

**RELIEF REQUESTED**

7. Debtor serves as the guarantor of payment, completion, and other obligations to Republic Bank of Chicago in connection with financing provided by Republic Bank of Chicago to certain entities in which Debor may, directly or indirectly, hold an interest. Debtor's actions and statements made during the course of such loans are still being analyzed.

8. Accordingly, without prejudice as to whether any such complaint or motion is or will be necessary, Republic Bank of Chicago requests that the deadlines to file a complaint to seek the exception of debts from discharge pursuant to 11 U.S.C. §523 and to file a motion or complaint objecting to the Debtor receiving a discharge pursuant to 11 U.S.C. §727 be extended to May 31, 2024.

WHEREFORE, Republic Bank of Chicago respectfully requests that the Court enter an order (i) extending the deadlines to file a complaint to seek the exception of debts from discharge pursuant to 11 U.S.C. §523 and to file a motion or complaint objecting to the Debtor receiving a discharge pursuant to 11 U.S.C. §727 to May 31, 2024 and (ii) granting such other and further relief as the Court deems appropriate.

**REPUBLIC BANK OF CHICAGO**

By: */s/ Timothy W. Brink*
     One of Its Attorneys

Timothy W. Brink (ARDC No. 6215802)
Steven R. Rogovin (ARDC No. 6301409)
**MELTZER, PURTILL & STELLE LLC**
125 South Wacker Drive, Suite 2900
Chicago, Illinois 60606
(312) 987-9900
tbrink@mpslaw.com
srogovin@mpslaw.com