UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )
                                       )        Case No. 23-16481
Frank Martin Paris, Jr.,               )
                                       )        Hon. David D. Cleary
              Debtor.                  )
                                       )        Chapter 7

## NOTICE OF OBJECTION

PLEASE TAKE NOTICE that Frank Martin Paris, Jr. objects to the Trustee's Motion for the Entry of an Order Authorizing the Sale of Real Estate and for Related Relief (Dkt. No. 86) and request that this matter be called for presentment.

DATED:  March 20, 2024                 Respectfully submitted,

                                       CRANE, SIMON, CLAR & GOODMAN

                                       By:  /s/Scott R. Clar
                                              One of its attorneys

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice of Objection to be served on all parties listed on the attached Service List via the Court's Electronic Registration/email (as indicated) on the 20th day of March 2024.

                                       /s/Scott R. Clar

**COUNSEL TO FRANK MARTIN PARIS, JR.**:
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Goodman
135 South LaSalle Street, Suite 3905
Chicago, IL 60603
(312) 641-6777
(312) 641-7114 (fax)
sclar@cranesimon.com

-1-

## Service List

- **Paul M Bauch**   pbauch@bmlawllc.com, smohan@bmlawllc.com;5242@notices.nextchapterbk.com
- **Ira Bodenstein**   iratrustee@cozen.com, IL29@ecfcbis.com
- **Timothy W Brink**   tbrink@mpslaw.com, crampich@mpslaw.com
- **Scott R Clar**   sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
- **Thomas C Cronin**   tcc@cronincoltd.com
- **Sean B Crotty**   scrotty@crottylaw.com, dmueller@colemanlawfirm.com;docket@crottylaw.com
- **Daniel P. Dawson**   ddawson@nisen.com, adrag@nisen.com
- **Allen J Guon**   aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- **Steve Jakubowski**   sjakubowski@robbinsdimonte.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Thomas S. Leo**   sleo@leolawpc.com, officemanager@leolawpc.com
- **Sonette Magnus**   smagnus@thompsoncoburn.com
- **Ann Addis Pantoga**   apantoga@thompsoncoburn.com
- **Elizabeth E Richert**   erichert@crottylaw.com, docket@crottylaw.com;dmueller@crottylaw.com
- **Steven R Rogovin**   srogovin@mpslaw.com, crampich@mpslaw.com
- **Carolina Y. Sales**   csales@robbinsdimonte.com, mrussell@robbinsdimonte.com
- **Steven Yachik**   syachik@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

## Manual Notice List (in the manner indicated)

Frank Martin Paris, Jr.
1100 Keystone
River Forest, IL  60305
**(Via U.S. Mail)**

Howard P. Rosenberg
Atty. For Child's Representative
707 Skokie Boulevard – Suite 420
Northbrook IL  60062
**(Via U.S. Mail)**

JP Morgan Chase Bank N.A.
Attn.:  Collateral Department
601 Oakmont Lane, Suite 300
Westmont, IL  60559
**(Via U.S. Mail)**

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346
**(Via U.S. Mail)**

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL  62794-9035
**(Via U.S. Mail)**

Blitt and Gains, P.C.
661 Glenn Ave.
Wheeling, IL  60060
**(Via U.S. Mail)**

Cook County Treasurer's Office
Attention:  Legal Department
118 North Clark Street, Room 112
Chicago, IL  60602
LBankruptcy@cookcountytreasurer.com
**(Via U.S. Mail and Email)**

Jonathan D. Groll
Johathan D. Groll Ltd.
830 North Boulevard, Suite A
Oak Park, IL  60301
jonathan@groll-law.com
**(Via U.S. Mail and Email)**

Mauricio Gonzalez
Citywide Realty LLC
6614 S. Pulaski Rd.
Chicago, IL  60629
mauricio@citywide-realty.com
**(Via Email)**

David DeCelles
Assistant United States Attorney
219 S. Dearborn, 5th Fl.
Chicago, IL  60604
David.DeCelles@usdoj.gov
**(Via Email)**

Robert Lynch
Office of the Illinois Attorney General
100 W. Randolph St.
Chicago, IL  60601
Robert.lynch2@illinois.gov
**(Via Email)**