# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FRANK MARTIN PARIS, JR., | ) | CASE NO. 23-16481 |
| | ) | |
| Debtor. | ) | |
| | ) | Hon. David D. Cleary |

### JP MORGAN CHASE BANK'S: (A) NOTICE OF OBJECTION TO TRUSTEE'S MOTION FOR ENTRY OF ORDER AUTHORIZING SALE; AND (B) AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION

JP Morgan Chase Bank ("JPMChase"), through its attorney Charles M. Baum, files its (a) Notice of Objection to Trustee's Motion for the Entry of an Order Authorizing the Sale of Real Estate and for Related Relief ("Motion," Doc. 86); and (b) Agreed Motion for Extension of Time to Respond to Motion, as follows:

1. JPMChase objects to the Motion.

2. JPMChase requests additional time (21 days) to file its response brief to the Motion filed by Ira Bodenstein, not individually, but as chapter 7 trustee for the bankruptcy estate of Frank Martin Paris, Jr. ("Trustee") The request for additional time is based upon the following paragraphs.

3. The undersigned was engaged to represent JPMChase in this matter on April 3, 2024.

4. The undersigned has preliminarily reviewed the Motion as well as portions of the procedural history of this matter, which was filed on December 8, 2023.

5. The undersigned has not had the opportunity to fully review and assess the Motion and procedural history of this matter due to his recent retention, as well as previously scheduled commitments including filing deadlines and deposition preparation in unrelated matters.

6. The undersigned requires additional time to review the pleadings, as well as applicable facts and law, in order to determine strategy and file an appropriate written response to the Motion.

7. The Trustee through his counsel has agreed to JPMChase's request for 21 days to respond to the Motion.

8. The request for additional time is not brought for any improper purpose or to unduly delay these proceedings.

9. A proposed order is attached as Exhibit 1.

WHEREFORE, JP Morgan Chase Bank respectfully requests an order allowing 21 days (April 29, 2024) to file its response brief to Trustee's Motion for the Entry of an Order Authorizing the Sale of Real Estate and for Related Relief (Doc. 86), and for any other relief this Court deems appropriate.

| | |
|---|---|
| Charles M. Baum<br>Fidelity National Law Group<br>10 South LaSalle Street Suite 2750<br>Chicago, Illinois 60603<br>(312) 223-2540<br>Atty No. 6226607<br>charles.baum@fnf.com | JP MORGAN CHASE BANK<br><br>By: /s/ *Charles M. Baum* |

# CERTIFICATE OF SERVICE

      I hereby certify that on April 7, 2024, I electronically filed the foregoing *JP Morgan Chase Bank's: (a) Notice of Objection to Trustee's Motion for Entry of Order Authorizing Sale; and (b) Agreed Motion for Extension of Time to Respond to Motion* with the Clerk of the Court using the CM/ECF system, which sends electronic notification to all registered participants of such filings to all attorneys of record.

      */s/ Charles M. Baum*