# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-BK-16481 |
| | ) | |
| FRANK MARTIN PARIS, JR., | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. David D. Cleary |

## KERRY PARIS' SUPPLEMENTAL SUBMISSION IN OPPOSITION TO MOTION TO CONVERT DEBTOR'S CHAPTER 7 CASE TO A SUBCHAPTER V CHAPTER 11 CASE <u>PURSUANT TO SECTION 706(d) OF THE BANKRUPTCY CODE</u>

Kerry Paris ("Kerry"), by and through her counsel, respectfully submits this supplemental submission in opposition to the Debtor's Motion to Convert Debtor's Chapter 7 Case to a Subchapter V Chapter 11 Case Pursuant to Section 706(d) of the Bankruptcy Code (the "Motion") [ECF No. 65].

1. Pursuant to the Court's request, attached hereto as Exhibit A is a true and accurate copy of the Divorce Court's order dated March 26, 2024.

**WHEREFORE**, for the reasons previously submitted, Kerry Paris asks the Court to deny the Debtor's Motion.

Dated: April 15, 2024

Respectfully submitted,

**KERRY PARIS**

By: /s/ Steven R. Jakubowski
     One of Her Attorneys

Steven R. Jakubowski (ARDC #6191960)
Carolina Y. Sales (ARDC #6287277)
ROBBINS DIMONTE, LTD.
180 N. LaSalle St., Suite 3300
Chicago, Illinois 60601
Tel: (312) 456-0372
sjakubowski@robbinsdimonte.com
csales@robbinsdimonte.com

1

By: /s/ Thomas C. Cronin
      One of Her Attorneys

Thomas C. Cronin (ARDC No. 6204065)
Cronin & Co., Ltd.
120 North LaSalle Street
20th Floor
Chicago, IL 60602
312.500.2100
tcc@cronincoltd.com
admin@cronincoltd.com

By: /s/ Sean Crotty
      One of Her Attorneys

Sean Crotty (ARDC No. 6242730)
Elizabeth Richert (ARDC No. 6275764)
Crotty & Schiltz, LLC
120 North LaSalle St., 20th Floor
Chicago, IL 60602
Tel. 312-606-8648
Fax 312-444-1028
scrotty@crottylaw.com
erichert@crottylaw.com

**CERTIFICATE OF SERVICE**

I, Deborah Mueller, a non-attorney, certify that I caused to be served a copy of **Kerry Paris' Supplemental Submission in Opposition to Motion to Convert Debtor's Chapter 7 Case to a Subchapter V Chapter 11 Case Pursuant to Section 706(d) of the Bankruptcy Code** on each entity shown on the attached list at the address shown and by the method indicated on the list on April 15, 2024.

           /s/ Deborah Mueller

**Electronic Mail Notice List through ECF System**

**Paul M Bauch on behalf of Interested Party Craig M. Chesney**
pbauch@bmlawllc.com, smohan@bmlawllc.com;5242@notices.nextchapterbk.com

**Charles M. Baum on behalf of Creditor JP MORGAN CHASE BANK**
charles.baum@fnf.com

**Ira Bodenstein**
iratrustee@cozen.com, IL29@ecfcbis.com

**Timothy W Brink on behalf of Creditor Republic Bank of Chicago**
tbrink@mpslaw.com, crampich@mpslaw.com

**Scott R Clar on behalf of Debtor 1 Frank Martin Paris, Jr**
sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

**Cheryl A Considine on behalf of Creditor JPMorgan Chase Bank, National Association**
bankruptcy@hsbattys.com, bk-4hsbm@gmail.com,hbm@ecf.courtdrive.com

**Thomas C Cronin on behalf of Creditor Kerry Paris**
tcc@cronincoltd.com

**Sean B Crotty on behalf of Creditor Kerry Paris**
scrotty@crottylaw.com, dmueller@colemanlawfirm.com;docket@crottylaw.com

**Daniel P. Dawson on behalf of Creditor Ori Law Group, LLC f/k/a Angelini & Ori, LLC**
ddawson@nisen.com, adrag@nisen.com

**David DeCelles on behalf of Creditor Internal Revenue Service**
david.decelles@usdoj.gov

**Allen J Guon on behalf of Trustee Ira Bodenstein**
aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com

**Steve Jakubowski on behalf of Creditor Kerry Paris**
sjakubowski@robbinsdimonte.com

**Patrick S Layng**
USTPRegion11.ES.ECF@usdoj.gov

**Thomas S. Leo on behalf of Creditor Endurance Assurance Corporation**
sleo@leolawpc.com, officemanager@leolawpc.com

**Robert Lynch, III on behalf of Creditor Illinois Department of Revenue**
robert.lynch2@illinois.gov, robert.lynch@ilag.gov

**Sonette Magnus on behalf of Creditor Beverly Bank & Trust Company N.A.**
smagnus@thompsoncoburn.com

**Ann Addis Pantoga on behalf of Creditor Beverly Bank & Trust Company N.A.**
apantoga@thompsoncoburn.com

**Elizabeth E Richert on behalf of Creditor Kerry Paris**
erichert@crottylaw.com, docket@crottylaw.com;dmueller@crottylaw.com

**Steven R Rogovin on behalf of Creditor Republic Bank of Chicago**
srogovin@mpslaw.com, crampich@mpslaw.com

**Carolina Y. Sales on behalf of Creditor Kerry Paris**
csales@robbinsdimonte.com, mrussell@robbinsdimonte.com;jtronina@robbinsdimonte.com

**Steven Yachik on behalf of Creditor BDS III Mortgage Capital G, LLC**
syachik@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com