

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – DOMESTIC RELATIONS DIVISION

IN RE THE MARRIAGE OF: )
)
KERRY PARIS, )
) No. 16 D 004685
    Petitioner/Counter-Respondent )
) Hon. Abbey Fishman Romanek
and )
) Calendar 94
FRANK MARTIN PARIS, JR., )
)
    Respondent/Counter-Petitioner. )

**ENTERED**
Judge Abbey Romanek-2119
MAR 2 6 2024
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**ORDER**

    This matter coming to be heard on: (i) Petitioner's Petition for Adjudication of Indirect Civil Contempt and For Other Relief (Failure to Pay January, February and March Maintenance and Child Support); (ii) Petitioner's Motion for a Finding That Certain Fees and Costs are Domestic Support Obligations; (iii) Respondent's Motion to Release Electronic Home Monitoring; (iv) the Child Representative's Request for Approval of Fees pursuant to 740 ILCS 5/506; and (v) status on Respondent's purge of the outstanding contempt orders and remand order.

    Petitioner Kerry Paris, Petitioner's counsel Thomas C. Cronin and Don Angelini, Respondent Marty Paris, Respondent's counsel Cheryl Berdelle, Child Representative Howard Rosenberg, and Chapter 7 Trustee Ira Bodenstein all appearing in person, the Court being fully advised, **IT IS HEREBY ORDERED**:

    1.    Petitioner's Petition for Adjudication of Indirect Civil Contempt and For Other Relief (Failure to Pay January, February and March Maintenance and Child Support) is **granted**. 4346 P

        a.  Respondent Marty Paris is held in indirect civil contempt of court.    4210 R

        b.  Respondent is ordered to purge his indirect civil contempt of court by paying    4676 R
           $35,000 to the 503(g) Trust.

    2.    Petitioner's Motion for a Finding that Certain Fees and Costs are Domestic Support Obligations is **granted**.

        a.  The fees awarded to Angelini Ori + Abate in the Court's Orders dated May 28, 2023 and July 6, 2023 are Domestic Support Obligations within the meaning of 11 U.S.C. §101(14A) and 11 U.S.C. §362(b)(2). The fee award is in the nature of maintenance and support.

b. The fees awarded to Stout Risius Ross, LLC in the Court's Order dated June 29, 2023 are Domestic Support Obligations within the meaning of 11 U.S.C. §101(14A) and 11 U.S.C. §362(b)(2). The fee award is in the nature of maintenance and support.

c. The $40,000 awarded to Cronin & Co., Ltd. in 508(b) fees and costs in the Court's Order dated November 9, 2023 are Domestic Support Obligations within the meaning of 11 U.S.C. §101(14A) and 11 U.S.C. §362(b)(2). The fee award is in the nature of maintenance and support.

d. Cronin & Co., Ltd. is granted leave to file its 508(b) petition for fees incurred since the Court's last fee order.

3. Petitioner is granted 14 days (April 9, 2023) to file a response to Respondent's Motion to Release Electronic Home Monitoring.

4. The Child Representative's Request for Approval of Fees pursuant to 740 ILCS 5/506 is **granted**.

a. Judgment is entered in favor of Howard Rosenberg against Respondent in the amount of $17,775.00.

b. The Judgment is a Domestic Support Obligation within the meaning of 11 U.S.C. §101(14A) and 11 U.S.C. §362(b)(2). The Child Representative's fees are in the nature of support.

5. This matter is set for an *in person* hearing on May 21, 2024 at 11:00 a.m. on the following matters:

a. Hearing on Respondent's Motion to Release Electronic Home Monitoring;

b. Status on Respondent's purge of his September 29, 2023, contempt for failure to pay Angelini Ori + Abate;

c. Status on Respondent's purge of his October 17, 2023, contempt for failure to pay Stout Risius Ross, LLC;

d. Status on Respondent's purge of his November 15, 2023, contempt for failure to replenish the Children's Activities Trust Account;

e. Status on Respondent's compliance with the Court's November 15, 2023, Order granting the Petition to Increase and Modify the Terms of the 503(g) Trust;

f. Status on Respondent's purge of the December 8, 2023, contempt and remand orders; and

g. Status of Respondent's purge of today's contempt for failure to pay maintenance and support or reimburse the 503(g) Trust for amounts advanced.

6. All other matters are entered and continued to the Court's *in person* hearing on **May 21, 2024,** at **11:00 a.m.** Each of the parties is ordered to appear in person.

**ENTERED:**

**SO ENTERED**: March 26, 2024          BY: /S/Judge Abbey Fishman Romanek #2119
                                             Abbey Fishman Romanek

*Prepared By:*
Cronin & Co., Ltd.
Thomas C. Cronin
120 N. LaSalle St., 20th Floor
Chicago, Illinois 60602
Tel. 312.500.2100
Firm No. 37287