Form G-3.1 (20240417)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| In re: | ) | Chapter |
|---|---|---|
| | ) | |
| | ) | No. |
| | ) | |
| Debtor(s) | ) | Judge |

## NOTICE OF EMERGENCY MOTION

TO:  See attached list

      PLEASE TAKE NOTICE that on _____, at _____, I will appear before the Honorable _____, or any judge sitting in that judge's place, **either** in courtroom _____ of the_____, _____, **or** electronically as described below, and present the motion of _____ [to/for] _____, a copy of which is attached.

      **Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

      **To appear by Zoom using the internet**, go to this link:  https://www.zoomgov.com/. Then enter the meeting ID and passcode.

      **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

      **Meeting ID and passcode.**  The meeting ID is _____, and the passcode is _____.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

      In addition to other grounds for opposing the motion, you may oppose the motion on the basis that emergency treatment is not appropriate.

      By:

**Please note:** This form may be used only after the court grants the movant's application under Local Rule 9013-2.

# **CERTIFICATE OF SERVICE**

I, _____,

[ ] an attorney, certify

      - or -

[ ] a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on _____, at _____ *

                                     _____
                                       [Signature]

*All applicable boxes must be checked and all blanks filled in.

# SERVICE LIST

**Served electronically**:

- **Paul M Bauch**   pbauch@bmlawllc.com, smohan@bmlawllc.com;5242@notices.nextchapterbk.com
- **Charles M. Baum**   charles.baum@fnf.com
- **Ira Bodenstein**   iratrustee@cozen.com, IL29@ecfcbis.com
- **Timothy W Brink**   tbrink@mpslaw.com, crampich@mpslaw.com
- **Cheryl A Considine**   bankruptcy@hsbattys.com, bk-4hsbm@gmail.com,hbm@ecf.courtdrive.com
- **Thomas C Cronin**   tcc@cronincoltd.com
- **Sean B Crotty**   scrotty@crottylaw.com, dmueller@colemanlawfirm.com;docket@crottylaw.com
- **Daniel P. Dawson**   ddawson@nisen.com, adrag@nisen.com
- **David DeCelles**   david.decelles@usdoj.gov
- **John J Foley**   jack@foleylitigation.com
- **Allen J Guon**   aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- **Steve Jakubowski**   sjakubowski@robbinsdimonte.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Thomas S. Leo**   sleo@leolawpc.com, officemanager@leolawpc.com
- **Robert Lynch**   robert.lynch2@illinois.gov, robert.lynch@ilag.gov
- **Sonette Magnus**   smagnus@thompsoncoburn.com
- **Ann Addis Pantoga**   apantoga@thompsoncoburn.com
- **Elizabeth E Richert**   erichert@crottylaw.com, docket@crottylaw.com;dmueller@crottylaw.com
- **Steven R Rogovin**   srogovin@mpslaw.com, crampich@mpslaw.com
- **Carolina Y. Sales**   csales@robbinsdimonte.com, mrussell@robbinsdimonte.com;jtronina@robbinsdimonte.com
- **Jacob Wright**   jwright@dahlfirm.com
- **Steven Yachik**   syachik@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- **Cheryl Berdelle**   cmb@cberdellelaw.com
- **Frank Martin Paris, Jr.**   mparis@sedgwickproperties.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-16481 |
| Frank Martin Paris, Jr. ) | |
| ) | Hon. David D. Cleary |
| Debtor. ) | |
| ) | Chapter 7 |

## EMERGENCY MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

NOW COMES SCOTT R. CLAR and the law firm of CRANE, SIMON, CLAR & GOODMAN ("CSCG"), and in support of their Emergency Motion to Withdraw as Counsel for Frank Martin Paris, Jr. ("Debtor"), respectfully states as follows:

1) On December 8, 2023, the Debtor filed his voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2) The Debtor is an individual residing at 1100 Keystone, River Forest, IL 60305, and has been involved in a divorce proceeding in the Circuit Court of Cook County since approximately 2016 (the "Divorce Case"). Prior to the entry of the Order for Relief, the Debtor was picked up by the Cook County Sheriff's Department pursuant to a body attachment order entered in the Divorce Case. The Debtor was initially incarcerated at the Richard J. Daley Center in Chicago and then held at the George H. Leighton Courthouse at 2625 S California Blvd, Chicago, IL 60608.

3) There has been a breakdown of the attorney-client relationship on a number of different levels, causing CSCG to be unable to represent the Debtor in this case, and specifically in connection with an evidentiary hearing scheduled for May 6, 2024 at 9:00 a.m. pursuant to the Debtor's Motion to Convert his Chapter 7 case to a case under Chapter 11 of the Bankruptcy Code.

4) By this Emergency Motion, the CSCG requests that this Court enter an Order granting CSCG leave to withdraw as counsel for the Debtor.

5) The Debtor has been given notice of this Emergency Motion.

WHEREFORE, the law firm of Crane, Simon, Clar & Goodman respectfully requests that this Honorable Court grant the following relief:

A. Enter an Order granting the law firm of Crane, Simon, Clar & Goodman leave to immediately withdraw as counsel for the Debtor; and

B. For such other and further relief as this Court deems just and equitable.

Respectfully submitted,

CRANE, SIMON, CLAR & GOODMAN

By: /s/ Scott R. Clar
     One of its attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
CRANE, SIMON, CLAR & GOODMAN
135 S. LaSalle, #3950
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com