UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 23-16481 |
|---|---|
| Frank Martin Paris Jr, | Chapter 7 |
| Debtor. | Honorable David D. Cleary |

**RESPONSE TO TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING THE SALE OF REAL ESTATE AND FOR RELATED RELIEF**

NOW COMES, JPMorgan Chase Bank, National Association, (hereinafter referred to as "Creditor") by and through its attorneys, Heavner, Beyers & Mihlar, LLC, and for its Response to Trustee's Motion for the Entry of an Order Authorizing the Sale of Real Estate and for Related Relief states as follows:

1. Creditor is the holder of a first mortgage lien on the Property commonly known as 711 Park Avenue, River Forest, Illinois 60305. The aforementioned lien includes Lots 15 and 16 pursuant to the Legal Description.

2. On March 18, 2024, Trustee filed his Motion for the Entry of an Order Authorizing the Sale of Real Estate and for Related Relief requesting that the court enter an order authorizing the sale of the Property located at 703 Park Avenue, River Forest, Illinois (hereinafter "Property") to Margaret R. Erlich and Joshua R. Bartel for $660,000.00. Upon information and belief, the Property located at 703 is a vacant lot which is adjacent to the property located at 711 Park Avenue.

3. The amount outstanding on the first mortgage is in excess of $1,067,947.70.

4. Creditor does not have an objection to the sale, subject to confirmation in the sale order, that Creditor's asserted security interests will attach to the sale proceeds with the same validity, priority and effect and to the same extent that existed immediately prior to the consummation of said sale.

WHEREFORE, JPMorgan Chase Bank, National Association, prays for an Order to be entered denying the Trustee's Motion for the Entry of an Order Authorizing the Sale of Real Estate and for Related Relief or for an order granting Trustee's Motion with the following language added: Creditor's asserted security interests will attach to the sale proceeds with the same validity, priority and effect and to the same extent that existed immediately prior to the consummation of sale.

JPMorgan Chase Bank, National Association,

By: /s/ *Cheryl Considine*

Cheryl Considine
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
CHERYL CONSIDINE (#6242779)
KIMBERLY D. RENO (#6299352)
MARIA C. SANCHEZ (#6331588)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 23-16481 |
|---|---|
| Frank Martin Paris Jr, | Chapter 7 |
| Debtor. | Honorable David D. Cleary |

### CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that I served a copy of the above instrument filed on <u>May 1, 2024</u>, upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on <u>May 1, 2024</u>, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on <u>May 1, 2024</u>.

**Service by Mail:**

Frank Martin Paris Jr
1100 Keystone
River Forest, IL 60305

**Service by Electronic Notice through ECF:**

| Scott R Clar | Ira Bodenstein | Patrick S. Layng |
|---|---|---|
| Crane, Simon, Clar & Goodman | 321 N. Clark St., Suite 1600 | United States Trustee (Region 11) |
| 135 S Lasalle St Suite 3950 | Chicago, IL 60654 | 219 S. Dearborn Street Room 873 |
| Chicago, IL 60603 | | Chicago, IL 60604 |

Allen J Guon
Cozen O'Connor
123 North Wacker Drive Suite 1800
Chicago IL 60606

                                                    /s/ *Cheryl Considine*
                                                  Cheryl Considine

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
CHERYL CONSIDINE (#6242779)
KIMBERLY D. RENO (#6299352)
MARIA C. SANCHEZ (#6331588)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754