# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 23-16481 |
| | ) | |
| FRANK MARTIN PARIS, JR., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |
| | ) | |

## ILLINOIS DEPARTMENT OF REVENUE'S OBJECTION TO TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING THE SALE OF REAL ESTATE AND FOR RELATED RELIEF

The Illinois Department of Revenue ("IDOR"), by its attorney, Kwame Raoul, Illinois Attorney General, objects to the *Trustee's Motion for the Entry of an Order Authorizing the Sale of Real Estate and For Related Relief* (the "Sale Motion") (Doc. 86) for the following reasons:

## THE IDOR LIEN

1. Frank and Kerry Paris filed joint Illinois income tax returns with IDOR for tax years 2017 and 2018. The 2017 return was filed on or around October 25, 2018. On January 3, 2019, IDOR sent notice of the tax underpayment of $13,071.00 with statutory penalties and interest. The 2018 return was filed on or around October 21, 2019. On March 2, 2020, IDOR sent notice of the tax underpayment of $15,542.00 with statutory penalties and interest.

2. Upon assessment, a tax lien arose for the 2017 and 2018 income tax liabilities in favor of IDOR against all property and rights to property, whether real or personal, belonging to Frank and Kerry Paris. 35 ILCS 5/1101. On January 4,

1

2021, IDOR perfected its interest by recording a Notice of Tax Lien in the State Tax Lien Registry. 35 ILCS 5/1103. A copy of the Notice of Tax Lien is attached as **Exhibit A**. IDOR's perfected tax lien attached to all existing and after-acquired real property of the Joint Taxpayers located in Cook County, Illinois. 35 ILCS 750/1-20.

3. As of May 1, 2024, the amount due under the Tax Lien is $38,124.01. A copy of the current Lien Payoff amount is attached as **Exhibit B**.

## IDOR'S OBJECTION

4. Like the objection of the Internal Revenue Service,[1] IDOR objects to the sale motion to the extent it seeks to distribute the proceeds of the sale attributable to Kerry Paris's share of the property free and clear of the IDOR lien.

5. As of the date of this filing, both Frank and Kerry Paris are jointly liable for the debts covered by the IDOR tax lien. Only after the secured claims for debts that Frank and Kerry are jointly liable have been paid should they receive their respective share. *In re Doncheff*, 258 B.R. 177, 180 (Bankr. E.D. Ark. 2001).

WHEREFORE, IDOR respectfully requests that this Court deny the Sale Motion.

        ILLINOIS DEPARTEMENT OF REVENUE

        BY:    KWAME RAOUL
                  Illinois Attorney General

        BY:    /s/ *Robert O. Lynch*
                  Robert O. Lynch
                  Senior Assistant Attorney General
                  Office of the Illinois Attorney General
                  Revenue Litigation Bureau
                  115 South LaSalle Street

---

[1] *See* Doc. 126.

Chicago, IL 60603
(312) 814-5195
robert.lynch2@illinois.gov

# CERTIFICATE OF SERVICE

I, Robert O. Lynch, an attorney, hereby certify that on May 1, 2024, I caused a copy of this ILLINOIS DEPARTMENT OF REVENUE'S OBJECTION TO CONFIRMATION to be served on the parties listed below by electronic service through the court's CM/ECF system.

*/s/ Robert O. Lynch*

**Service Via CM/ECF:**

- **Paul M Bauch**  pbauch@bmlawllc.com, smohan@bmlawllc.com;5242@notices.nextchapterbk.com
- **Charles M. Baum**  charles.baum@fnf.com
- **Ira Bodenstein**  iratrustee@cozen.com, IL29@ecfcbis.com
- **Timothy W Brink**  tbrink@mpslaw.com, crampich@mpslaw.com
- **Scott R Clar**  sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
- **Cheryl A Considine**  bankruptcy@hsbattys.com, bk-4hsbm@gmail.com,hbm@ecf.courtdrive.com
- **Thomas C Cronin**  tcc@cronincoltd.com
- **Sean B Crotty**  scrotty@crottylaw.com, dmueller@colemanlawfirm.com;docket@crottylaw.com
- **Daniel P. Dawson**  ddawson@nisen.com, adrag@nisen.com
- **David DeCelles**  david.decelles@usdoj.gov
- **John J Foley**  jack@foleylitigation.com
- **Allen J Guon**  aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- **Steve Jakubowski**  sjakubowski@robbinsdimonte.com
- **Patrick S Layng**  USTPRegion11.ES.ECF@usdoj.gov
- **Thomas S. Leo**  sleo@leolawpc.com, officemanager@leolawpc.com
- **Robert Lynch**  robert.lynch2@illinois.gov, robert.lynch@ilag.gov
- **Sonette Magnus**  smagnus@thompsoncoburn.com
- **Ann Addis Pantoga**  apantoga@thompsoncoburn.com
- **Elizabeth E Richert**  erichert@crottylaw.com, docket@crottylaw.com;dmueller@crottylaw.com
- **Steven R Rogovin**  srogovin@mpslaw.com, crampich@mpslaw.com
- **Carolina Y. Sales**  csales@robbinsdimonte.com, mrussell@robbinsdimonte.com;jtronina@robbinsdimonte.com
- **Jacob Wright**  jwright@dahlfirm.com
- **Steven Yachik**  syachik@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com