UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-16481
Frank Martin, Paris, Jr., )
) Chapter: 7
) Honorable David D. Cleary
)
)
Debtor(s) )

**ORDER GRANTING THE EMERGENCY MOTION FILED BY THE LAW FIRM OF CRANE, SIMON, CLAR & GOODMAN TO WITHDRAW AS DEBTOR'S COUNSEL**

THIS MATTER COMING ON TO BE HEARD on the Emergency Motion of Crane, Simon, Clar & Goodman to Withdraw as Debtor's Counsel, all as more fully set forth in said Motion; due and proper notice having been given to all parties in interest:

IT IS HEREBY ORDERED that Scott R. Clar and the law firm of Crane, Simon, Clar & Goodman are granted leave to withdraw as counsel to the Debtor effective 5/2/2024; and

IT IS FURTHER ORDERED that the Debtor is allowed twenty-one (21) days to retain new counsel.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: May 01, 2024

**Prepared by:**

Scott R. Clar
CRANE, SIMON, CLAR & GOODMAN
135 South LaSalle, Suite 3950
Chicago, Illinois 60603
312/641-6777