UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 23-16481 |
|---|---|---|
| Frank Martin, Paris, Jr., | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable David D. Cleary |
| Debtor(s) | ) | |

### ORDER GRANTING THE EMERGENCY MOTION
### TO CONTINUE EVIDENTIARY HEARING

THIS MATTER COMING ON TO BE HEARD on the Emergency Motion of the Debtor to Continue Evidentiary Hearing set for May 6, 2024 at 9:00 a.m., all as more fully set forth in said Motion; due and proper notice having been given to all parties in interest:

IT IS HEREBY ORDERED that the Evidentiary Hearing set for May 6, 2024 at 9 a.m. will be continued to May 29, 2024 at 1:00 pm.

Enter: *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: May 01, 2024

**Prepared by:**

Scott R. Clar
CRANE, SIMON, CLAR & GOODMAN
135 South LaSalle, Suite 3950
Chicago, Illinois 60603
312/641-6777