IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | | |
| | ) | | |
| FRANK MARTIN PARIS, JR., | ) | No. 23 B 16481 | |
| | ) | Ch. 7 | |
| | ) | | |
| Debtor. | ) | Hon. David D. Cleary | |

**<u>ORDER CONFIRMING AUTOMATIC STAY DOES NOT APPLY</u>**

This cause coming to be heard on the "Motion Of Mechanics Lien Plaintiffs For Confirmation That The Automatic Stay Does Not Apply To Their Actions Against A Non-Debtor Or, In The Alternative, To Modify The Automatic Stay" ("Motion For Relief From Stay"), brought by Windward Roofing & Construction, Inc. ("Windward") on behalf of Windward, Vision Electric and Power Systems, Inc. ("Vision"), Triton Plumbing, LLC ("Triton"), and OHI, LLC ("OHI"; with Windward, Vision, Triton, and OHI being collectively referred to as the "Mechanics Lien Plaintiffs"), IT IS HEREBY ORDERED:

1. The Motion For Relief From Stay is granted, in that this Court finds that that the automatic stay does not apply to the consolidated actions identified as Case No. 2018 CH 07899, which are pending before the Honorable Judge Daniel Brennan in the Circuit Court of Cook County, Illinois County Department, Chancery Division, Mechanics Lien Section (the "Mechanics Lien Lawsuits"); and

2. The Mechanics Lien Plaintiffs are hereby permitted to proceed with their lawsuits in the Mechanics Lien Lawsuits.

JAMES E. DAHL (0568724)
JACOB P. WRIGHT (6342602)      DATED: May 8, 2024
DAHL & BONADIES, LLC
630 Dundee Road, Suite 425       ENTERED: _/s/ David D. Cleary_
Northbrook, IL 60062                            Judge
(312) 641-3245 / Atty. No. 46245
jdahl@dahlfirm.com
jwright@dahlfirm.com

1