IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| FRANK MARTIN PARIS, JR. ) | No. 23 B 16481 |
| ) | |
| Debtor. ) | |

**MOTION OF MECHANICS LIEN CLAIMANT
FOR CONFIRMATION THAT AUTOMATIC STAY DOES NOT
APPLY TO THEIR PENDING ACTIONS AGAINST A NON-DEBTOR
OR, IN THE ALTERNATIVE, TO MODIFY THE AUTOMATIC STAY**

Movants, Global Concrete Corp. ("Global 1") and Global Builders, Inc. ("Global 2") collectively "Mechanics Lien Plaintiffs", by and through their attorneys, the Law Office of Thomas Herz, Jr., move this Court for an order confirming that the automatic stay does not apply to their lawsuits against non-debtor parties or, in the alternative, to modify and lift the automatic stay with regard to their lawsuits. In support thereof the Mechanics Lien Plaintiffs state as follows:

**Statement of Pending State of Illinois Matter**

1. The Mechanics Lien Plaintiffs brought a lawsuit directed to Erie and LaSalle Venture, LLC. ("Erie") and Alpha Construction Services, LLC. ("Alpha") to enforce their Mechanics Lien Claims which claims they filed and recorded with the Cook County Recorder of Deeds and pertains to a property located at the northwest corner of Erie and LaSalle Streets in the City of Chicago, County of Cook and State of Illinois. The Circuit Court of Cook County, Illinois matter is case number 2020 CH 03802, consolidated with case numbers, 2020CH7407, 2020CH7540, 2020CH6703, and 2020CH3811. Neither Erie nor Alpha are debtors in this proceeding. Erie has not filed bankruptcy for itself. Alpha has not filed bankruptcy for itself. Neither Erie nor Alpha are identified as an asset of the Debtor, Frank Martin Paris, Jr. ("Paris") in this proceeding.

2. Erie LaSalle Venture, LLC.'s managing member is Erie & LaSalle, LLC. The managing member of Erie & LaSalle, LLLC. is PMF Manager Corp. whose corporate president is F. Martin Paris, Jr.

3. Alpha Construction Services, LLC's managing member is PMF Manager Corp. whose corporate president is F. Martin Paris, Jr.

4. On the date the Circuit Court of Cook County, Illinois in case number 2020 CH 03802, and its consolidated cases, was scheduled to enter a default judgment against defendants, Erie LaSalle Venture, LLC. and Alpha Construction Services, LLC., the Debtor, Frank Martin Paris, Jr. advised the Circuit Court of his personal bankruptcy. The Circuit Court, of its own accord, temporarily stayed the Circuit Court of Cook County matter and suggested to counsels that they obtain the appropriate ruling from the Bankruptcy Court.

5. The Mechanics Lien Plaintiffs opposed the Circuit Court imposed stay of the proceedings in the Erie LaSalle Venture, LLC. and Alpha Constructions Services, LLC. proceeding. The Circuit Court suggested that it was seeking direction from the Bankruptcy Court in the Frank Martin Paris, Jr. bankruptcy that 1) the automatic stay in the Frank Martin Paris, Jr. bankruptcy does not apply to the mechanics lien claims in the Circuit Court of Cook County, Illinois matter, or 2) obtain relief from the automatic stay.

**Jurisdiction and Venue**

6. The Court has jurisdiction over this motion pursuant to 28 U.S.C. Section 1334 because this matter is a core proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A), (G), and (O).

7. This Court is an appropriate venue for the adjudication of this motion pursuant to 28 U.S.C. Section 1409. The statutory predicates for relief sought are Sections 362(d) and 105(a) of the Bankruptcy Code.

### ARGUMENT

### The Automatic Stay Does Not Apply To Actions Brought Against Non-Debtors, Including A Surety

8. It is well established that the bankruptcy stay "does not proscribe actions brought against non-debtor entities, even when there is a close nexus between those non-debtors and their bankruptcy affiliates." *In re Winter*, 158 B.R. 736, 743 (N.D.Ill. 1993).

9. The Court in *In re White*, 415 B.R. 696 (2009) stated, "Generally, the automatic stay protects the bankruptcy debtor and does not bar suits against third parties, such as nondebtor entities, even when wholly owned by the debtor, or the debtor's insurers, guarantors, and sureties. Citation omitted."

10. Ultimately the lawsuits brought by the Mechanics Lien Plaintiffs, and those lien claimants similarly situated, are not actions which are or should be subject to the automatic stay. Even assuming that the Mechanics Lien Plaintiffs obtain a judgment against Erie and LaSalle the action pending in the Circuit Court of Cook County, Illinois, Case Number 2020 CH 03802, and the consolidated cases, should not be stayed.

11. In the instant matter, it is clear that 1) the Debtor does not have an equity interest in the liened property, and 2) the liened property, in which the Debtor has no interest, does not impact the bankruptcy of the Debtor. Accordingly, , pursuant to 11 U.S.C. Section 362(d)(2), the automatic stay should be either declared of no impact in the Circuit Court of Cook County matter or lifted.

## CONCLUSION

The Mechanics Lien Plaintiffs respectfully request that this Court enter an order confirming that the automatic stay does not apply to the lawsuits filed by them against Erie LaSalle Venture, LLC. and Alpha Construction Services, LLC.; alternatively, the Mechanics Lien Plaintiffs request that the automatic stay be lifted with respect to their lawsuits. (The Court's Order should provide that the Mechanics Lien Plaintiffs, and lien claimants, are permitted to proceed with their lawsuits against Erie LaSalle Venture, LLC. and Alpha Construction Services, LLC. which lawsuit is identified herein.).

Respectfully submitted,

By: /s/ *Thomas Herz, Jr.*
One of the Attorneys for Global Concrete Corp. and Global Builders, Inc.

Thomas G. A. Herz, Jr. (6192920)
Law Office of Thomas Herz, Jr.
400 Central Ave.
Suite 230
Northfield, IL 60093
(312) 236-4379
tgahlaw@yahoo.com