IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: )
)
FRANK MARTIN PARIS, JR. ) No. 23 B 16481
)
Debtor. )

### ORDER LIFTING AUTOMATIC STAY

This cause coming to be heard on the "Motion of Mechanic's Lien Plaintiffs for Confirmation that the Automatic Stay Does Not Apply to Their Actions Against a Non-Debtor or, in the Alternative , to Modify the Automatic Stay" ("Motion for Relief from Stay"), brought by Global Builders, Inc. ("Global 1") and Global Concrete Corp. ("Global 2") and being collectively referred to as the "Mechanic's Lien Plaintiffs"),

IT IS HEREBY ORDERED:

1. The Motion for Relief From Stay is granted, in that this Court finds that the automatic stay does not apply to the actions identified as Case No. 2020 CH 03802 consolidated with Case No.'s 2020 CH 7407, 2020 CH 7540, 2020 CH 6703 and 2020 CH 3811 which are pending before the Honorable Anthony Kyriakopoulos in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, Mechanic's Lien Section (the "Mechanic's Lien Lawsuits"), and

2. The Mechanic's Lien Plaintiffs are hereby permitted to proceed with their lawsuits in the Mechanic's Lien Lawsuits.

Thomas G. A. Herz, Jr. (6192920)
Law Office of Thomas Herz, Jr.
400 Central Ave., Suite 230
Northfield, IL 60093
(312) 236-4379
tgahlaw@yahoo.com

DATED: June 5, 2024
ENTERED: _____
Judge