**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 23 B 16481 |
| | ) | |
| FRANK MARTIN PARIS, JR., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

**NOTICE OF MOTION OF SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL, AS SERVICER FOR CCAP AUTO LEASE LTD. FOR RELIEF FROM STAY**

VIA ELECTRONIC NOTICE:
To:    Ira Bodenstein, Esq. (Trustee)
        Cozen O'Connor
        123 North Wacker Drive, Suite 1800
        Chicago, Illinois 60606

VIA U.S. MAIL:
To:    Frank Martin Paris, Jr. (Debtor)
        1525 West Home, Suite 400
        Chicago, Illinois 60642

      Please take notice that on July 3, 2024 at 10:00 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Dirksen U.S. Courthouse at 219 South Dearborn, Chicago, Illinois, **or** electronically as described below, and present the Motion of Santander Consumer USA Inc., d/b/a Chrysler Capital, as servicer for CCAP Auto Lease Ltd. for Relief from Stay, a copy of which is attached.

      **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

      **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

      **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

      **Meeting ID and passcode**. The meeting ID for this hearing is **161 122 6457** and the passcode is **Cleary644**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                        Respectfully submitted,

                                        SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL, AS SERVICER FOR CCAP AUTO LEASE LTD.,
Creditor,

                                        By: ___/s/ Cari A. Kauffman___
                                        One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on June 21, 2024, before the hour of 5:00 p.m.

                                          ___/s/ Cari A. Kauffman___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 23 B 16481 |
| | ) | |
| FRANK MARTIN PARIS, JR., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

**MOTION OF SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL, AS SERVICER FOR CCAP AUTO LEASE LTD. FOR RELIEF FROM STAY**

SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL, AS SERVICER FOR CCAP AUTO LEASE LTD. ("Santander"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2024), and such other Sections and Rules may apply, to enter an Order granting relief from the stay provided therein. In support thereof, Santander states as follows:

1. On December 8, 2023, Frank Martin Paris, Jr. ("Debtor") filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code.

2. Santander is a lessor of the Debtor with respect to a lease on a 2021 Jeep Wrangler motor vehicle bearing a Vehicle Identification Number of 1C4HJXDN8MW637123 (the "Vehicle"). (See Ex. "A").

3. The current buyout for the Vehicle is $31,847.17.

4. Debtor has failed to provide Santander with proof of full coverage insurance for the Vehicle listing Santander as the owner/lessor and has failed to make required payments to Santander due on and after January 21, 2014.

5. Debtor returned the Vehicle to Santander as the least has terminated.

6. As such, Santander seeks relief from the automatic stay so that Santander may sell the Vehicle and apply the sales proceeds to the balance due from Debtor.

7. Debtor has not offered, and Santander is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtor has no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtor.

8. Santander will suffer irreparable injury, harm, and damage should it be delayed in foreclosing its security interest in the Vehicle.

9. Santander requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE,** Santander Consumer USA Inc., d/b/a Chrysler Capital, as servicer for CCAP Auto Lease Ltd. respectfully requests that this Court enter an Order, as attached hereto, granting relief from the stay provided by Section 362 of the Bankruptcy Code to permit Santander to pursue its nonbankruptcy remedies with respect to the 2021 Jeep Wrangler motor vehicle bearing a Vehicle Identification Number of 1C4HJXDN8MW637123; and, for such other, further, and different relief as this Court deems just and proper.

    Respectfully submitted,

    SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL, AS SERVICER FOR CCAP AUTO LEASE LTD.,
    Creditor,

    By: ___/s/ Cari A. Kauffman___
    One of its attorneys

David J. Frankel. (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)