# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-BK-16481 |
| | ) | |
| FRANK MARTIN PARIS, JR., | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. David D. Cleary |

## NOTICE OF ROUTINE MOTION

PLEASE TAKE NOTICE that on July 3, 2024, at 10:00 a.m., I will appear before the honorable Daivd D. Cleary, or any judge sitting in that judge's place, either in courtroom 644 of the United States courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 or electronically as described below, and present **Motion for Leave to Withdraw as Counsel**, a copy of which is attached.

**Important: only parties and their counsel may appear for presentment of the motion electronically using zoom for government. all others must appear in person.**

**To appear by zoom using the internet**, go to this link: https://www.zoomgov.com / . then enter the meeting ID and passcode.

**To appear by zoom using a telephone**, call zoom for government at 1-669-254-5252 or 1-646-828-7666. then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 122 6457 and the passcode is cleary644. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a notice of objection no later than two (2) business days before that date. If a notice of objection is timely filed, the motion will be called on the presentment date. if no notice of objection is timely filed, the court **may grant the motion** in advance without calling it.

Dated: June 25, 2024                                          Respectfully submitted,


                                                              By: /s/ Elizabeth Richert

                                                              Elizabeth Richert (ARDC No. 6275764)
                                                              Crotty & Schiltz, LLC
                                                              120 North LaSalle St., 20th Floor
                                                              Chicago, IL 60602

Tel. 312-606-8648
Fax 312-444-1028
E-Mail erichert@crottylaw.com

*Counsel for Kerry Paris*

# CERTIFICATE OF SERVICE

I, Elizabeth Richert, an attorney, certify that I caused to be served a copy of **Motion for Leave to Withdraw as Counsel** on each entity shown on the attached list at the address shown and by the method indicated on the list on June 25, 2024.

    /s/ Elizabeth Richert

**Electronic Mail Notice List through ECF System**

**Paul M Bauch on behalf of Interested Party Craig M. Chesney**
pbauch@bmlawllc.com, smohan@bmlawllc.com;5242@notices.nextchapterbk.com

**Charles M. Baum on behalf of Creditor JP MORGAN CHASE BANK**
charles.baum@fnf.com

**Ira Bodenstein**
iratrustee@cozen.com, IL29@ecfcbis.com

**Timothy W Brink on behalf of Creditor Republic Bank of Chicago**
tbrink@mpslaw.com, crampich@mpslaw.com

**Scott R Clar on behalf of Debtor 1 Frank Martin Paris, Jr**
sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

**Cheryl A Considine on behalf of Creditor JPMorgan Chase Bank, National Association**
bankruptcy@hsbattys.com, bk-4hsbm@gmail.com,hbm@ecf.courtdrive.com

**Thomas C Cronin on behalf of Creditor Kerry Paris**
tcc@cronincoltd.com

**Sean B Crotty on behalf of Creditor Kerry Paris**
scrotty@crottylaw.com, dmueller@colemanlawfirm.com;docket@crottylaw.com

**Daniel P. Dawson on behalf of Creditor Ori Law Group, LLC f/k/a Angelini & Ori, LLC**
ddawson@nisen.com, adrag@nisen.com

**David DeCelles on behalf of Creditor Internal Revenue Service**
david.decelles@usdoj.gov

**Allen J Guon on behalf of Trustee Ira Bodenstein**
aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com

**Steve Jakubowski on behalf of Creditor Kerry Paris**
sjakubowski@robbinsdimonte.com
**Patrick S Layng**
USTPRegion11.ES.ECF@usdoj.gov

**Thomas S. Leo on behalf of Creditor Endurance Assurance Corporation**
sleo@leolawpc.com, officemanager@leolawpc.com

**Robert Lynch, III on behalf of Creditor Illinois Department of Revenue**
robert.lynch2@illinois.gov, robert.lynch@ilag.gov

**Sonette Magnus on behalf of Creditor Beverly Bank & Trust Company N.A.**
smagnus@thompsoncoburn.com

**Ann Addis Pantoga on behalf of Creditor Beverly Bank & Trust Company N.A.**
apantoga@thompsoncoburn.com

**Elizabeth E Richert on behalf of Creditor Kerry Paris**
erichert@crottylaw.com, docket@crottylaw.com;dmueller@crottylaw.com

**Steven R Rogovin on behalf of Creditor Republic Bank of Chicago**
srogovin@mpslaw.com, crampich@mpslaw.com

**Carolina Y. Sales on behalf of Creditor Kerry Paris**
csales@robbinsdimonte.com, mrussell@robbinsdimonte.com;jtronina@robbinsdimonte.com

**Steven Yachik on behalf of Creditor BDS III Mortgage Capital G, LLC**
syachik@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-BK-16481 |
| | ) | |
| FRANK MARTIN PARIS, JR., | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. David D. Cleary |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

NOW COMES Elizabeth Richert of Crotty & Schiltz, LLC, counsel for Kerry Paris, and states as follows:

1. Counsel previously filed her appearance in this case on behalf of Kerry Paris.

2. As of June 30, 2024, Ms. Richert will no longer be practicing with Crotty & Schiltz, LLC.

3. Ms. Paris has been given notice of and consents to Ms. Richert's withdrawal. Following Ms. Richert's withdrawal, Ms. Paris will continue to be represented by Steven Jakubowski and Carolina Sales of Robbins Dimonte, Ltd., and Sean Crotty and Tom Cronin of Cronin & Co., Ltd.

4. Ms. Richert requests that she be taken off of the official service list of this case.

5. A draft order granting counsel's withdrawal is attached.

**WHEREFORE**, Elizabeth Richert requests that this Court enter an order granting her leave to withdraw as counsel for Kerry Paris, and for such other and further relief that this Court deems appropriate.

Dated: June 25, 2024                    Respectfully submitted,


                                        By: /s/ Elizabeth Richert

                                        Elizabeth Richert (ARDC No. 6275764)

Crotty & Schiltz, LLC
120 North LaSalle St., 20th Floor
Chicago, IL 60602
Tel. 312-606-8648
Fax 312-444-1028
E-Mail erichert@crottylaw.com

*Counsel for Kerry Paris*

# CERTIFICATE OF SERVICE

I, Elizabeth Richert, an attorney, certify that I caused to be served a copy of **Motion for Leave to Withdraw as Counsel** on each entity shown on the attached list at the address shown and by the method indicated on the list on June 25, 2024.

/s/ Elizabeth Richert

**Electronic Mail Notice List through ECF System**

**Paul M Bauch on behalf of Interested Party Craig M. Chesney**
pbauch@bmlawllc.com, smohan@bmlawllc.com;5242@notices.nextchapterbk.com

**Charles M. Baum on behalf of Creditor JP MORGAN CHASE BANK**
charles.baum@fnf.com

**Ira Bodenstein**
iratrustee@cozen.com, IL29@ecfcbis.com

**Timothy W Brink on behalf of Creditor Republic Bank of Chicago**
tbrink@mpslaw.com, crampich@mpslaw.com

**Scott R Clar on behalf of Debtor 1 Frank Martin Paris, Jr**
sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com

**Cheryl A Considine on behalf of Creditor JPMorgan Chase Bank, National Association**
bankruptcy@hsbattys.com, bk-4hsbm@gmail.com,hbm@ecf.courtdrive.com

**Thomas C Cronin on behalf of Creditor Kerry Paris**
tcc@cronincoltd.com

**Sean B Crotty on behalf of Creditor Kerry Paris**
scrotty@crottylaw.com, dmueller@colemanlawfirm.com;docket@crottylaw.com

**Daniel P. Dawson on behalf of Creditor Ori Law Group, LLC f/k/a Angelini & Ori, LLC**
ddawson@nisen.com, adrag@nisen.com

**David DeCelles on behalf of Creditor Internal Revenue Service**
david.decelles@usdoj.gov

**Allen J Guon on behalf of Trustee Ira Bodenstein**
aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com

**Steve Jakubowski on behalf of Creditor Kerry Paris**
sjakubowski@robbinsdimonte.com

**Patrick S Layng**
USTPRegion11.ES.ECF@usdoj.gov

**Thomas S. Leo on behalf of Creditor Endurance Assurance Corporation**
sleo@leolawpc.com, officemanager@leolawpc.com

**Robert Lynch, III on behalf of Creditor Illinois Department of Revenue**
robert.lynch2@illinois.gov, robert.lynch@ilag.gov

**Sonette Magnus on behalf of Creditor Beverly Bank & Trust Company N.A.**
smagnus@thompsoncoburn.com

**Ann Addis Pantoga on behalf of Creditor Beverly Bank & Trust Company N.A.**
apantoga@thompsoncoburn.com

**Elizabeth E Richert on behalf of Creditor Kerry Paris**
erichert@crottylaw.com, docket@crottylaw.com;dmueller@crottylaw.com

**Steven R Rogovin on behalf of Creditor Republic Bank of Chicago**
srogovin@mpslaw.com, crampich@mpslaw.com

**Carolina Y. Sales on behalf of Creditor Kerry Paris**
csales@robbinsdimonte.com, mrussell@robbinsdimonte.com;jtronina@robbinsdimonte.com

**Steven Yachik on behalf of Creditor BDS III Mortgage Capital G, LLC**
syachik@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com