UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 23-16481 |
|---|---|---|
| FRANK MARTIN PARIS, JR. | ) ) ) ) ) ) | Chapter: 7<br>Honorable David D. Cleary |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter coming before the Court on the motion of SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL, AS SERVICER FOR CCAP AUTO LEASE LTD. for relief from the automatic stay,

IT IS ORDERED:

1. The motion is granted. The stay is modified so as not to restrain SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL, AS SERVICER FOR CCAP AUTO LEASE LTD. from pursuing in rem non-bankruptcy remedies as to the 2021 Jeep Wrangler motor vehicle bearing a Vehicle Identification Number of 1C4HJXDN8MW637123.

2. The stay in Rule 4001(a)(3) does not apply to this Order.

Enter: *David D. Cleary* (signature)

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: July 03, 2024

**Prepared by:**

Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)