# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-16481 |
| | ) | |
| Frank Martin Paris, Jr., | ) | Chapter 7 |
| | ) | |
| | ) | The Honorable David D. Cleary |
| | ) | |
| Debtor. | ) | Hearing Date: August 21, 2024 |
| | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

TO:    See attached list

**PLEASE TAKE NOTICE** that on **August 21, 2024 at 10:00 a.m.**, I will appear before the **Honorable David D. Cleary**, or any judge sitting in her place, **either** in Courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, or electronically as described below and present a **Third Motion To Extend Time To Object To Discharge Or Dischargeability Under 523/727**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password.** The meeting ID for this hearing is **161 122 6457** and the passcode is **Cleary644**. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

    Ori Law Group, LLC f/k/a Angelini & Ori LLC
    a/k/a Angelini, Ori & Abate

    /s/ Daniel P. Dawson
     One of his attorneys

Daniel P. Dawson (ARDC #6199728)
Nisen & Elliott, LLC
180 N. LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 346-7800
ddawson@nisen.com
adrag@nisen.com

## CERTIFICATE OF SERVICE

      Daniel P. Dawson, an attorney, certifies that he served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated below on August 15, 2024.

                                            */s/ Daniel P. Dawson*

## SERVICE LIST

*Electronic Mail Notice Through the ECF System*

- **Ira Bodenstein** — iratrustee@cozen.com, IL29@ecfcbis.com
- **Timothy W Brink** — tbrink@mpslaw.com, crampich@mpslaw.com
- **Scott R Clar** — sclar@cranesimon.com, mjoberhausen@cranesimon.com; imon@cranesimon.com
- **Thomas C Cronin** — tcc@cronincoltd.com
- **Sean B Crotty** — scrotty@crottylaw.com, dmueller@colemanlawfirm.com; docket@crottylaw.com
- **Daniel P. Dawson** — ddawson@nisen.com, adrag@nisen.com
- **Steve Jakubowski** — sjakubowski@robbinsdimonte.com
- **Patrick S Layng** — USTPRegion11.ES.ECF@usdoj.gov
- **Ann Addis Pantoga** — apantoga@thompsoncoburn.com
- **Elizabeth E Richert** — erichert@crottylaw.com, docket@crottylaw.com; dmueller@crottylaw.com
- **Steven R Rogovin** — srogovin@mpslaw.com, crampich@mpslaw.com
- **Carolina Y. Sales** — csales@robbinsdimonte.com, mrussell@robbinsdimonte.com

*Manual Notice (Via U.S. Mail)*

Frank Martin Paris, Jr.
1100 Keystone
River Forest, IL 60305

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-16481 |
| | ) | |
| Frank Martin Paris, Jr., | ) | Chapter 7 |
| | ) | |
| | ) | The Honorable David D. Cleary |
| | ) | |
| Debtor. | ) | Hearing Date: August 21, 2024 |
| | ) | Hearing Time: 10:00 a.m. |

## THIRD MOTION TO EXTEND TIME
## TO OBJECT TO DISCHARGE OR DISCHARGEABILITY UNDER 523/727

Ori Law Group, LLC f/k/a Angelini & Ori LLC a/k/a Angelini, Ori & Abate ("Angelini Ori & Abate"), by its counsel, Nisen & Elliott, LLC, as its Third Motion To Extend Time To Object To Discharge Or Dischargeability Under 523/727 (the "Motion"), states as follows:

### Jurisdiction and Venue

1. The Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

2. This matter is a core proceeding under 28 U.S.C. § 157(b).

3. Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

### Procedural History and Background

4. The Debtor, Frank Martin Paris, Jr. ("Debtor"), commenced this proceeding by filing a voluntary petition for bankruptcy protection under Chapter 7 of Title of the United States Code (the "Bankruptcy Code") on December 8, 2023 (the "Petition Date").

5. On February 20, 2024 and May 22, 2024 Angelini Ori & Abate filed Motions To Extend Time To Object To Discharge Or Dischargeability Under 523/727.

6. The motions were granted and the time for movant to file any complaints objecting to Debtor's discharge and/or challenging whether certain debts are dischargeable was extended to

August 31, 2024.

7. Therefore, the dates for Angelini Ori & Abate to file complaints objecting to the Debtor's discharge and/or to challenge whether certain debts are dischargeable, to the extent it chooses to do so, has not yet passed.

**Relief Requested And Additional Basis For Relief**

8. By this Motion, Angelini Ori & Abate seeks to extend the time for it to file any complaints objecting to the Debtor's discharge and/or challenging whether certain debts are dischargeable (and seeking to exempt those debts from discharge) to November 29, 2024.

9. The state court overseeing the Debtor's dissolution proceedings ordered Frank Martin Paris Jr. to pay Angelini Ori & Abate $935,000 and specifically found that the contribution award was in the nature of maintenance and child support within the meaning of 11 U.S.C. § 523(a)(5).

10. In this case, the §341 meeting of creditors has been continued several times and has not yet been concluded.

11. Accordingly, without prejudice as to whether any such complaints are or will be necessary, Angelini Ori & Abate requests the date for it to file any complaint objecting to the Debtor receiving a discharge (pursuant to 11 U.S.C. §727) and/or challenging whether certain debts are dischargeable and seeking to have those debts exempted from discharge (pursuant to 11 U.S.C. §523) be extended to November 29, 2024.

Wherefore, Ori Law Group, LLC f/k/a Angelini & Ori LLC a/k/a Angelini Ori & Abate requests the Court to extend the time for it to file any complaint it chooses to file objecting to the Debtor's discharge and/or challenging whether certain debts are dischargeable (and seeking to exempt those debts from discharge) to November 29, 2024, and for all other relief this court deems just and proper.

Respectfully submitted,

Ori Law Group, LLC f/k/a Angelini & Ori LLC
a/k/a Angelini Ori & Abate


By: /s/ Daniel P. Dawson
      One of its attorneys

Daniel P. Dawson
Nisen & Elliott, LLC
180 N. LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 346-7800
(312) 346-9316 fax
ddawson@nisen.com
adrag@nisen.com