# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23 B 16481 |
| | ) | |
| FRANK MARTIN PARIS, JR. | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge David D. Cleary |

## ORDER TO SHOW CAUSE

This matter coming to be heard on the motion of Ira Bodenstein, not individually, but as chapter 7 trustee ("Trustee") for the bankruptcy estate of Frank Martin Paris, Jr. ("Debtor"), for entry of a rule to show cause ("Motion for Rule to Show Cause") why the following entities should not be held in civil contempt for their failure to respond to the Trustee's subpoenas issued pursuant to Fed. R. Bankr. P. 2004: (i) Martin NV II, Inc.; (ii) Conor Management, LLC; (iii) Jack Enterprises Limited Partnership; (iv) Maeve, LLC; (v) 1857 W. Dickens, LLC; (vi) 3216 North Racine, LLC; (vii) 2049 North Sheffield, LLC; (viii) PC Property Holdings, LLC; (ix) 1933 North Sedgwick, LLC; (x) 3114 N Southport LLC; (xi) 828 W Grace LLC; (xii) Maeve, LLC – Series R; (xiii) Maeve, LLC – Series S; and (xiv) Sedgwick Payroll Corp. ("Examinees"); the court having conducted a hearing on the Motion for Rule to Show Cause; the court having jurisdiction to hear and determine the Motion for Rule to Show Cause; due notice of the Motion for Rule to Show Cause having been given; **IT APPEARS TO THE COURT THAT**:

A. On July 31, 2024, the court entered the Order Granting the Trustee's Motion to Authorize Examinations of Entities Owned or Controlled by the Debtor Pursuant to Fed. R. Bankr. P. 2004 ("Rule 2004 Order"). (EOD 215.) The Rule 2004 Order authorized the Trustee to issue subpoenas pursuant to Fed. R. Bankr. P. 2004 to a number of entities either owned or controlled by the Debtor, including the Examinees.

B. On August 8, 2024, the Trustee filed the Notice of Intent to Serve Rule 2004 Subpoenas, which identified each Examinee and included a copy of the Rule 2004 subpoenas for the production of documents (each a "Subpoena" and collectively, the "Subpoenas") to be served on each Examinee. (EOD 218.)

C. Based on the proof of service attached as Exhibit 2 to the Motion for Rule to Show Cause, counsel for the Trustee caused the Subpoenas to be served via certified mail, postage prepaid, on the registered agent for each Examinee in compliance with the Rule 2004 Order. Each subpoena commanded production of documents identified in an attached Rider by August 23, 2024 ("Response Deadline") at the office of the Trustee's counsel.

D. None of the Examinees objected to or responded to their respective Subpoenas by the Response Deadline. Counsel for the Examinees appeared at the initial presentment of the Motion for Rule to Show Cause.

E. Based on the information contained in the Motion for Rule to Show Cause, it appears that (i) the Debtor received the Subpoenas and (ii) that the Debtor is an officer, director, manager, person in control or an authorized representative of each of the Examinees.

**THEREFORE, IT IS ORDERED THAT**:

1. Each Examinee is directed to produce, on a rolling basis, all responsive documents and information in the format required to be produced pursuant to each Subpoena at the office of the Trustee's counsel on or before **October 25, 2024**;

2. The Debtor, as the authorized representative of each Examinee, will appear before this court on **November 6, 2024,** at **10:30 a.m.** ("Show Cause Hearing") and show cause as to why each Examinee should not be held in civil contempt for violating this Order.

3. The Debtor's failure to appear for the Show Cause Hearing may result in the issuance of a body attachment.

4. Any written response to the Motion for Rule to Show Cause is due on or before **November 1, 2024**.

5. The Trustee shall serve a copy of this Show Cause Order on the Debtor and each Examinee by certified mail on or before **October 2, 2024**, and shall file a proof of service on or before **October 9, 2024**.

ENTERED:

Date: September 25, 2024

_David D. Cleary /PB_
DAVID D. CLEARY
United States Bankruptcy Judge