UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| FRANK MARTIN PARIS, JR., | Case No. 23-16481 |
| Debtor. | Hon. David D. Cleary |

## DECLARATION OF ELIZABETH MILLS

I, Elizabeth Mills, hereby affirm and testify as follows:

1. I submit this declaration (this "Declaration") in connection with the *Trustee's Motion for the Entry of an Order (I) Authorizing the Sale of Real Property Free and Clear of Interests, (II) Shortening Notice; and (III) Granting Related Relief*, dated April (the "Sale Motion") [Dkt. No. 86]. I am more than 18 years of age, of sound mental capacity, and capable of making this Declaration.

2. I have read the Sale Motion and the exhibits attached thereto. My personal knowledge of the contents of the Sale Motion and the relief requested therein, including without limitation, the proposed order, supports the basis for my testimony set forth in this Declaration.

3. The Trustee and Margaret R. Erlich and Joshua R. Bartel (collectively, the "Original Purchasers") entered into that certain *Multi-Board Residential Real Estate Contract 7.0*, dated as of March 1, 2024, as amended by certain addenda thereto (collectively, the "Contract"), which is attached to the Sale Motion as Exhibit 1.

4. With the Trustee's consent, the Original Purchasers assigned the Contract to me pursuant to the *Assignment and Assumption of Purchase Contract*, dated as of September 25, 2024 (the "Assignment"), which is attached to the Sale Motion as Exhibit 2. Pursuant to the Assignment,

I agreed to timely perform all of the Original Purchasers' obligations under the Contract and assumed all of their liabilities, obligations and duties thereunder. Ex. 2.

5.  Under the Contract, I have agreed to purchase the real property commonly known as 703 Park Avenue, River Forest, IL 60305 (the "Property") for the amount of $660,000, subject to standard purchase price adjustments.

6.  There are no contingencies for the performance of my obligations to purchase the Property except for (i) the Trustee's performance of his obligations under the Contract and (ii) the entry of the Sale Order (as defined in the Addendum). I am ready willing and able to close the transaction pursuant to the terms of the Contract and the Sale Order.

7.  The Parties, through our respective professionals, engaged in arm's-length negotiations conducted in good faith with respect to the purchase of the Property.

8.  The Parties have not, and will not, exchange any consideration other than as described in the Sale Motion and Contract. The consideration as set forth in the Contract represents fair and reasonable value being paid for the Property.

9.  In the Sale Motion, the Trustee requests that the Court approve the sale of the Property and, among other things, find that I am a "good faith" purchaser entitled to the protections afforded to good faith purchasers under 11 U.S.C. § 363(m) ("§ 363(m) of the Bankruptcy Code").

10. I am entitled to be treated as a good faith purchaser of the Property under § 363(m) of the Bankruptcy Code because I, at all times, participated in the sales process in good faith and engaged in arms'-length negotiations through my professionals to acquire the Property from the Trustee under the terms of the Contract.

11. I am not affiliated with the Debtor, the Debtor's attorney, the Trustee or the Trustee's professionals in any way. I do not have any relationship with the Debtor or Kerry Paris.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 29, 2024

_____
Elizabeth Mills

# CERTIFICATE OF SERVICE

Allen J. Guon, an attorney, certifies that he caused to be served a true copy of **Declaration Of Elizabeth Mills** upon the Electronic Mail Notice List through the ECF System (unless otherwise indicated) which sent notification of such filing via electronic means on October 31, 2024.

/s/ Allen J. Guon

## Mailing Information for Case 23-16481

## Electronic Mail Notice List

- **Hall Adams**  hall@adamslegal.net
- **Paul M Bauch**  pbauch@bmlawllc.com, smohan@bmlawllc.com;5242@notices.nextchapterbk.com
- **Ira Bodenstein**  iratrustee@cozen.com, IL29@ecfcbis.com
- **Adam Brief**  Ustpregion11.es.ecf@usdoj.gov
- **Timothy W Brink**  tbrink@mpslaw.com, crampich@mpslaw.com
- **Cheryl A Considine**  bankruptcy@hsbattys.com, bk-4hsbm@gmail.com,hbm@ecf.courtdrive.com
- **Thomas C Cronin**  tcc@cronincoltd.com
- **Sean B Crotty**  sbc@cronincoltd.com, admin@cronincoltd.com
- **Daniel P. Dawson**  ddawson@nisen.com, adrag@nisen.com
- **David DeCelles**  david.decelles@usdoj.gov
- **William J Factor**  wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bsass@wfactorlaw.com;wfactor@ecf.courtdrive.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com
- **John J Foley**  jack@foleylitigation.com
- **Allen J Guon**  aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- **Thomas Herz Jr.**  tgahlaw@yahoo.com
- **Steve Jakubowski**  sjakubowski@robbinsdimonte.com, steve.jakubowski.lp@gmail.com
- **Cari A Kauffman**  ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com
- **Thomas S. Leo**  sleo@leolawpc.com, paralegal@leolawpc.com
- **Robert Lynch**  robert.lynch2@illinois.gov, robert.lynch@ilag.gov
- **Sonette Magnus**  smagnus@thompsoncoburn.com
- **Ann Addis Pantoga**  apantoga@thompsoncoburn.com
- **Robert Radasevich**  rradasevich@nge.com, ewilson@nge.com,ecfdocket@nge.com
- **Steven R Rogovin**  srogovin@mpslaw.com, crampich@mpslaw.com
- **Carole G. Ruzich**  carole@griffingallagher.com
- **Carolina Y. Sales**  csales@robbinsdimonte.com, mrussell@robbinsdimonte.com;jtronina@robbinsdimonte.com

- **Ariel Weissberg**  ariel@weissberglaw.com, Hava@weissberglaw.com;rakesh@weissberglaw.com;oleh@weissberglaw.com;6010998420@filings.docketbird.com
- **Jacob Wright**  jwright@dahlfirm.com
- **Steven Yachik**  syachik@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

## Manual Notice List

Frank Martin Paris, Jr.
1525 W. Homer, Suite 400
Chicago, IL 60642
mparis@sedgwickproperties.com
**(Via Email)**

Patrick O'Malley
Taylor Caruso
Development Specialists, Inc.
10 South LaSalle Street, Suite 3300
Chicago, Illinois 60603
Pomalley@DSIConsulting.com
tcaruso@DSIConsulting.com
**(Via Email)**

Howard P. Rosenberg
Atty. for Child's Representative
707 Skokie Boulevard – Suite 420
Northbrook, IL 60062
**(Via U.S. Mail)**

Cook County Treasurer's Office
Attention: Legal Department
118 North Clark Street, Room 112
Chicago, IL 60602
LBankruptcy@cookcountytreasurer.com
**(Via mail and Email)**

Blitt and Gains, P.C.
661 Glenn Ave.
Wheeling, IL 60060
**(Via U.S. Mail)**

Mauricio Gonzalez
Citywide Realty LLC
6614 S. Pulaski Rd.
Chicago, IL 60629
mauricio@citywide-realty.com
**(Via Email)**

Jonathan D. Groll
Jonathan D. Groll Ltd.
830 North Boulevard, Suite A
Oak Park, IL 60301
jonathan@groll-law.com
**(Via U.S. Mail and Email)**