## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-BK-16481 |
| | ) | |
| FRANK MARTIN PARIS, JR., | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. David D. Cleary |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
## OF KERRY PARIS (CLAIM #16)

Kerry Paris hereby provides notice that she is withdrawing her Proof of Claim with prejudice. In support thereof, Kerry states as follows:

1. Kerry is the former spouse of the Debtor. She resides at 711 Park Ave., River Forest, Illinois 60305.

2. On September 11, 2024, Kerry filed Proof of Claim Number 16 in the total amount of Two Million Five Hundred Ninety-Four Thousand Seven Hundred Sixty-Five Dollars and Ninety Cents ($2,594,765.90).

3. No objection has been filed to Kerry's Proof of Claim.

4. Kerry has not accepted or rejected any proposed plan in the Bankruptcy case.

5. No party will be prejudiced by the withdrawal of Kerry's Proof of Claim.

**WHEREFORE**, for the foregoing reasons, Kerry Paris withdraws Proof of Claim Number 16 with prejudice.

Dated: December 6, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**KERRY PARIS**

　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Sean B. Crotty*

1

Sean B. Crotty (ARDC No. 6242730)
Thomas C. Cronin (ARDC No. 6204065)
CRONIN & CO., LTD.
120 North LaSalle Street
20th Floor
Chicago, Illinois 60602
Tel. 312.606.8626
sbc@cronincoltd.com
tcc@cronincoltd.com

## CERTIFICATE OF SERVICE

      Sean B. Crotty an attorney, certifies that he caused to be served a copy of the attached **Notice of Withdrawal of Proof of Claim of Kerry Paris (Claim #16)** by filing it through the ECF System this 6th day of December, 2024.

                                                                            *Sean B. Crotty*