IN THE UNITED STATES BANKRUPTCY COURT OF THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 23-BK-16481 |
| | ) | |
| **FRANK MARTIN PARIS, JR.,** | ) | Chapter 7 |
| | ) | |
| DEBTOR | ) | Hon. David D. Cleary |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
## STOUT RISIUS ROSS, LLC

Stout Risius Ross, LLC ("Stout") hereby provides notice that it is withdrawing its Proof of Claim Number 8 with prejudice. In support thereof, Stout states as follows:

1. Stout is a limited liability company, providing professional services in the fields of, *inter alia,* forensic accounting and valuation.

2. On 1 July 2024, Stout filed its Proof of Claim Number 8 in the total amount of Three Hundred and Forty-Nine Thousand Nine Hundred and Four dollars and Sixty-Seven Cents ($349,904.67).

3. No objection has been filed to the claim.

4. Stout is not a defendant in an adversary proceeding.

5. Stout has not accepted or rejected any proposed plan.

6. Stout has not participated significantly in the case.

WHEREFORE, for the foregoing reasons, Stout Risius Ross, LLC withdraws its Proof of Claim Number 8 with prejudice.

Dated: December 16, 2024

Respectfully submitted,

By:    /s/ Hall Adams
Hall Adams
Law Offices of Hall Adams LLC
33 N. Dearborn Street, Suite 2350
Chicago, Illinois 60602
T: (312) 445-4900; F: (312) 445-4901
Attorney No.: 40587