# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-BK-16481 |
| | ) | |
| FRANK MARTIN PARIS, JR., | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. David D. Cleary |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF ANGELINI ORI & ABATE A/K/A ANGELINI & ORI LLC N/K/A ORI LAW GROUP, LLC

Ori Law Group, LLC f/k/a Angelini & Ori LLC a/k/a Angelini, Ori & Abate ("Angelini Ori & Abate"), by its counsel, Nisen & Elliott, LLC, hereby provides its notice of Withdrawal of Proof of Claim [12]. In support thereof, Angelini Ori & Abate states as follows:

1. On September 6, 2024, Angelini Ori & Abate filed Proof of Claim Number 12 in the amount of Nine Hundred Seventy Thousand Seven Hundred Thirty-Eight Dollars And Fifty Cents ($970,738.50).

2. No objection was filed to the claim.

3. Angelini Ori & Abate are not a defendant in any adversary proceeding.

4. Angelini Ori & Abate seek to withdraw Proof of Claim Number 12.

Wherefore, Angelini Ori & Abate hereby withdraw its Proof of Claim [POC Number 12].

                                                Respectfully submitted,

                                                Ori Law Group, LLC f/k/a Angelini & Ori LLC
                                                a/k/a Angelini Ori & Abate

                                            By: /s/ Daniel P. Dawson
                                                     One of its attorneys

Daniel P. Dawson
Nisen & Elliott, LLC
180 N. LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 346-7800
(312) 346-9316 fax
ddawson@nisen.com
adrag@nisen.com

# CERTIFICATE OF SERVICE

Daniel P. Dawson, an attorney, certifies that he served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated below on December 18, 2024.

/s/ Daniel P. Dawson

# SERVICE LIST

*Electronic Mail Notice Through the ECF System*

- **Ira Bodenstein** — iratrustee@cozen.com, IL29@ecfcbis.com
- **Timothy W Brink** — tbrink@mpslaw.com, crampich@mpslaw.com
- **Scott R Clar** — sclar@cranesimon.com, mjoberhausen@cranesimon.com; imon@cranesimon.com
- **Thomas C Cronin** — tcc@cronincoltd.com
- **Sean B Crotty** — scrotty@crottylaw.com, dmueller@colemanlawfirm.com; docket@crottylaw.com
- **Steve Jakubowski** — sjakubowski@robbinsdimonte.com
- **Patrick S Layng** — USTPRegion11.ES.ECF@usdoj.gov
- **Ann Addis Pantoga** — apantoga@thompsoncoburn.com
- **Elizabeth E Richert** — erichert@crottylaw.com, docket@crottylaw.com; dmueller@crottylaw.com
- **Steven R Rogovin** — srogovin@mpslaw.com, crampich@mpslaw.com
- **Carolina Y. Sales** — csales@robbinsdimonte.com, mrussell@robbinsdimonte.com

*Manual Notice (Via U.S. Mail)*

Frank Martin Paris, Jr.
1100 Keystone
River Forest, IL 60305