UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-16481 |
| FRANK MARTIN PARIS, JR., | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER: (I) APPROVING SETTLEMENT STIPULATION; (II) DISMISSING THE CHAPTER 7 BANKRUPTCY CASE; AND (III) GRANTING RELATED RELIEF**

This matter having come before the Court upon the joint motion (the "Motion" and capitalized terms not defined herein shall have the meanings ascribed to them in the Motion) of Ira Bodenstein, not individually, but as chapter 7 trustee (the "Trustee") and the Debtor Frank Martin Paris, Jr. (the "Debtor," and together with the Trustee, the "Movants") pursuant to 11 U.S.C. § 707(a), Fed. R. Bankr. P. 1017(a), 2002(a), 9006(c), 9007 and 9019(a) and Local Bankruptcy Rule 1017-3, for the entry of an order (i) approving the settlement and compromise reached between the Trustee, the Debtor, Arthur Paris, and Keystone & Stuart, LLC, and memorialized in the Stipulation Resolving Debtor's Chapter 7 Bankruptcy Case (the "Stipulation") a copy of which is attached to the Motion as Exhibit 1; (ii) dismissing the Debtor's chapter 7 bankruptcy case and all related adversary proceedings; and (iii) granting related relief; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); notice of the Motion having been adequate and appropriate under the circumstances; the Court being satisfied that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors and other parties in interest and that cause exists for dismissal of the Bankruptcy Case; based on representations on the record by counsel for Keystone and Stuart, LLC, all objections to the Motion having been withdrawn; and for the reasons set forth on the record and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. The settlement and compromise as reflected in the Stipulation attached to the Motion as Exhibit 1, and incorporated herein by this reference, is approved pursuant to Fed. R. Bankr. P. 9019(a).

3. The Bankruptcy Case is dismissed for cause pursuant to 11 U.S.C. § 707(a), effective upon the Court approving the Trustee's Final Report ("Final Report") and the U.S. Trustee's filing of the Distribution Report. The Trustee shall submit his Final Report to the U.S. Trustee within five (5) business days after the entry of this Order. The automatic stay pursuant to 11 U.S.C § 362(d)(1) is hereby modified to enable the Debtor to exercise control over his voting and management interests Martin NV II, Inc.

4. The Adversary Proceedings (Adv. Pro. 24-00164 and Adv. Pro. 24-00315) are dismissed pursuant to Local Bankruptcy Rule 1017-3. The Show Cause Order is discharged.

5. The Trustee is authorized to take all actions necessary or appropriate to effectuate the terms and

provisions of this Order and the Stipulation.

6. The notice of the hearing on the Motion is sufficient and further notice of the Motion is waived.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order and the Stipulation.

Enter: *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: December 18, 2024

**Prepared by:**

Allen J. Guon (#6244526)
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
Phone: 312-474-4450
aguon@cozen.com