**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: FRANK MARTIN PARIS, JR § Case No. 23-16481
§
§
§
Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 12/08/2023. The undersigned trustee was appointed on 12/08/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $     375,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 353,000.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $   22,000.00 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/13/2024 and the deadline for filing governmental claims was 06/05/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $22,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $22,000.00, for a total compensation of $22,000.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/30/2024     By: /s/ Ira Bodenstein
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 23-16481 | Trustee Name: | (330129) Ira Bodenstein |
| Case Name: | FRANK MARTIN PARIS, JR | Date Filed (f) or Converted (c): | 12/08/2023 (f) |
| | | § 341(a) Meeting Date: | 01/08/2024 |
| For Period Ending: | 12/30/2024 | Claims Bar Date: | 09/13/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 711 Park Ave., River Forest, IL 60305-0000, Cook County<br>Single-family home, Fee Simple to Kerry R. Paris & Frank M. Paris, Jr..<br>Entire property value: estimated to be $1,050,000.00 | 525,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Jet Skis* | 600.00 | 600.00 | | 0.00 | FA |
| 3 | Golf clubs from 1990s | 100.00 | 0.00 | | 0.00 | FA |
| 4 | modest amount of men's clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Cash | 600.00 | 0.00 | | 0.00 | FA |
| 6 | Checking: CIBC Personal Account a/c ending 3428 House Account a/c ending 7436 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Martin NV II, 85% ownership | Unknown | 100.00 | OA | 0.00 | FA |
| 8 | Sedgwick Properties Holding Corporation, 100% ownership | Unknown | 100.00 | OA | 0.00 | FA |
| 9 | Conor DE 1, Inc., 1% ownership | Unknown | 100.00 | OA | 0.00 | FA |
| 10 | Jack Enterprises, 1% ownership | Unknown | 100.00 | OA | 0.00 | FA |
| 11 | Maeve LLC, Series, 1% ownership | Unknown | 100.00 | OA | 0.00 | FA |
| 12 | Nonpublic stock and businesses: 20 Smaller LLCs - 1% each respectively | Unknown | 100.00 | OA | 0.00 | FA |
| 13 | Nonpublic stock and businesses: Pan-American bank shares | Unknown | 100.00 | OA | 0.00 | FA |
| 14 | 401K: Charles Schwab Account# 7393-5514 (to be transferred to Kerry Paris pursuant to divorce decree | Unknown | Unknown | | 0.00 | FA |
| 15 | Personal Roth: Schwab | 6,000.00 | 0.00 | | 0.00 | FA |
| 16 | Frank M. Paris Jr. Revocable Trust - beneficial interest holder owns all interests disclosed in answer to question 19. | Unknown | 1,000.00 | OA | 0.00 | FA |
| 17 | May have claims against the following for sanctions for violating the automatic stay: (See Attached) | Unknown | 100.00 | OA | 0.00 | FA |
| 18 | Malpractice lawsuit v. Brian Hurst & HRK Family Law respectively - TBD | Unknown | 1,000.00 | OA | 0.00 | FA |
| 19 | 703 Park Avenue,River Illinois (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 20 | Potential busines related property not specified | Unknown | 100.00 | OA | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| Case No.: | 23-16481 | Trustee Name: | (330129) Ira Bodenstein |
|---|---|---|---|
| Case Name: | FRANK MARTIN PARIS, JR | Date Filed (f) or Converted (c): | 12/08/2023 (f) |
| | | § 341(a) Meeting Date: | 01/08/2024 |
| For Period Ending: | 12/30/2024 | Claims Bar Date: | 09/13/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | 2019 Jeep Wrangler<br>Added from amended schedules. | 0.00 | 100.00 | | 0.00 | FA |
| 22 | MK Manager Corp<br>Added from amended schedules | 0.00 | 100.00 | OA | 0.00 | FA |
| 23 | PMF Manager Corp.<br>Added from amended schedules. | 0.00 | 100.00 | OA | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

| Case No.: | 23-16481 | Trustee Name: | (330129) Ira Bodenstein |
| Case Name: | FRANK MARTIN PARIS, JR | Date Filed (f) or Converted (c): | 12/08/2023 (f) |
| | | § 341(a) Meeting Date: | 01/08/2024 |
| For Period Ending: | 12/30/2024 | Claims Bar Date: | 09/13/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 24 | See attached :: various perecentage interests in related entities<br>Sedgwick Properties Holdings, Corp., a Nevada corporation<br>Sedgwick Properties Holdings, Corp., a Nevada corporation<br>Maeve, LLC - Series A, a Delaware limited liability company<br>Maeve, LLC - Series B, a Delaware limited liability company<br>Maeve, LLC - Series C, a Delaware limited liability company<br>Maeve, LLC - Series D, a Delaware limited liability company<br>Maeve, LLC - Series E, a Delaware limited liability company<br>Maeve, LLC - Series F, a Delaware limited liability company<br>Ownership<br>Marty Paris<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Description of Interest<br>1% common stock<br>99% common stock<br>1% membership interest<br>1% membership interest<br>1% membership interest<br>1% membership interest<br>1% membership interest<br>1% membership interest<br>Maeve, LLC - Series G, a Delaware limited liability company<br>Maeve, LLC - Series H, a Delaware limited liability company<br>Maeve, LLC - Series I, a Delaware limited liability company<br>Maeve, LLC - Series J, a Delaware limited liability company<br>Maeve, LLC - Series K, a Delaware limited liability company<br>Maeve, LLC - Series L, a Delaware limited liability company<br>Maeve, LLC - Series M, a Delaware limited liability company<br>Maeve, LLC - Series N, a Delaware limited liability company<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>1% membership interest<br>1% membership interest<br>1% membership interest<br>1% membership interest | Unknown | 100.00 | OA | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 23-16481  
**Case Name:** FRANK MARTIN PARIS, JR  
**For Period Ending:** 12/30/2024

**Trustee Name:** (330129) Ira Bodenstein  
**Date Filed (f) or Converted (c):** 12/08/2023 (f)  
**§ 341(a) Meeting Date:** 01/08/2024  
**Claims Bar Date:** 09/13/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | 1% membership interest | | | | | |
| | 1% membership interest | | | | | |
| | 1% membership interest | | | | | |
| | 1% membership interest | | | | | |
| | Maeve, LLC - Series O, a Delaware limited liability company | | | | | |
| | Maeve, LLC - Series P, a Delaware limited liability company | | | | | |
| | Maeve, LLC - Series Q, a Delaware limited liability company | | | | | |
| | Maeve, LLC - Series R, a Delaware limited liability company | | | | | |
| | Maeve, LLC - Series S, a Delaware limited liability company | | | | | |
| | Maeve, LLC - Series T, a Delaware limited liability company | | | | | |
| | Maeve, LLC - Series U, a Delaware limited liability company | | | | | |
| | Maeve, LLC - Series V, a Delaware limited liability company | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | 1% membership interest | | | | | |
| | 1% membership interest | | | | | |
| | 1% membership interest | | | | | |
| | 1% membership interest | | | | | |
| | 1% membership interest | | | | | |
| | 1% membership interest | | | | | |
| | 1% membership interest | | | | | |
| | 1% membership interest | | | | | |
| | Maeve, LLC - Series W, a Delaware limited liability company | | | | | |
| | Maeve, LLC - Series X, a Delaware limited liability company | | | | | |
| | Maeve, LLC - Series Y, a Delaware limited liability company | | | | | |
| | Maeve, LLC - Series Z, a Delaware limited liability company | | | | | |
| | Maeve, LLC - Series AA, a Delaware limited liability company | | | | | |
| | Maeve, LLC - Series BB, a Delaware limited liability company | | | | | |
| | Maeve, LLC - Series CC, a Delaware limited liability company | | | | | |
| | Maeve, LLC - Series DD, a Delaware limited liability company | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | Frank Martin Paris, Jr. Revocable Trust | | | | | |
| | 1% membership interest | | | | | |
| | 1% membership interest | | | | | |
| | 1% membership interest | | | | | |
| | 1% membership interest | | | | | |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 5

**Case No.:** 23-16481  
**Case Name:** FRANK MARTIN PARIS, JR  
**For Period Ending:** 12/30/2024

**Trustee Name:** (330129) Ira Bodenstein  
**Date Filed (f) or Converted (c):** 12/08/2023 (f)  
**§ 341(a) Meeting Date:** 01/08/2024  
**Claims Bar Date:** 09/13/2024

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1% membership interest<br>1% membership interest<br>1% membership interest<br>1% membership interest<br>Maeve, LLC - Series EE, a Delaware limited liability company<br>Maeve, LLC - Series FF, a Delaware limited liability company<br>Maeve, LLC - Series GG, a Delaware limited liability company<br>Maeve, LLC - Series HH, a Delaware limited liability company<br>Maeve, LLC - Series II, a Delaware limited liability company<br>Maeve, LLC - Series JJ, a Delaware limited liability company<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Conor DE II, Inc., a Delaware corporation<br>Conor Management, LLC, a Delaware limited liability company<br>Frank Martin Paris, Jr. Revocable Trust<br>Frank Martin Paris, Jr. Revocable Trust<br>Martin NV II, Inc., a Nevada corporation<br>Frank Martin Paris, Jr. Revocable Trust<br>1% membership interest<br>1% membership interest<br>1% membership interest<br>1% membership interest<br>1% membership interest<br>1% membership interest<br>33% common A voting stock<br>1% membership interest<br>1% common A voting stock<br>Martin NV II, Inc., a Nevada corporation<br>Frank Martin Paris, Jr. Revocable Trust 85.000% common B non-voting stock<br>828 W Grace, LLC<br>Frank Martin Paris, Jr. Revocable Trust<br>Alpha Carpentry, LLC<br>Frank Martin Paris, Jr. Revocable Trust<br>1454 S Michigan, LLC<br>Frank Martin Paris, Jr. Revocable Trust<br>Sedgwick Investments, LLC<br>Frank Martin Paris, Jr. Revocable Trust<br>2049 N Sheffield, LLC<br>Frank Martin Paris, Jr. Revocable Trust<br>55th and S Kedzie Investments, LLC<br>Frank Martin Paris, Jr. Revocable Trust<br>Alpha Property Services, LLC<br>Frank Martin Paris, Jr. Revocable Trust<br>1% class A membership interest<br>1% membership interest<br>1% class A membership interest<br>1% membership interest<br>1% membership interest<br>1% class A membership interest<br>1% membership interest | | | | | |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 23-16481  **Trustee Name:** (330129) Ira Bodenstein
**Case Name:** FRANK MARTIN PARIS, JR  **Date Filed (f) or Converted (c):** 12/08/2023 (f)
 **§ 341(a) Meeting Date:** 01/08/2024
**For Period Ending:** 12/30/2024  **Claims Bar Date:** 09/13/2024

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 25* | Settlement Funds to resolve disputes and dismiss case. (u) (See Footnote) | 0.00 | 375,000.00 | | 375,000.00 | FA |
| **25** | **Assets Totals (Excluding unknown values)** | **$534,800.00** | **$378,900.00** | | **$375,000.00** | **$0.00** |

RE PROP# 25   Transfer from Cozen IOLTA account to fund settlement entered 12/18/24 Docket # 340-0

**Major Activities Affecting Case Closing:**

08/08/24- Trustee is investigating the value of the numerous interests that are property of the estate. Trustee has a sale motion for a vacnat lot pending. Trustee has a motion for authority to file a bankruotcy for Martin NV II, Inc.pending. Trustee is serving 2004 subpoenas on certain of the entities owned or controlled by the debtor...

**Initial Projected Date Of Final Report (TFR):** 12/31/2024   **Current Projected Date Of Final Report (TFR):** 12/31/2024

12/30/2024  /s/Ira Bodenstein
Date  Ira Bodenstein

UST Form 101-7-TFR (5/1/2011)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| | | |
|---|---|---|
| **Case No.:** 23-16481 | **Trustee Name:** | Ira Bodenstein (330129) |
| **Case Name:** FRANK MARTIN PARIS, JR | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** **-***5155 | **Account #:** | ******0372 Frank Martin Paris, Jr. chapter 7 estate account |
| **For Period Ending:** 12/30/2024 | **Blanket Bond (per case limit):** | $46,515,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/18/24 | {25} | Cozen O'Connor | Transfer from Cozen IOLTA account per Order Approving Settlement Entered 12/18/24 Docket # 340-0 | 1149-000 | 375,000.00 | | 375,000.00 |
| 12/19/24 | | Cozen O'Connor | Wire transfer for Final Attorney Fee Award Order dted 12/18/24 Docket # 342 | 3110-000 | | 315,153.29 | 59,846.71 |
| 12/19/24 | | Development Specialists, Inc. | Wire transfer for Financial Advisor final fee award Order dted 12/18/24 Docket # 341 | 3991-000 | | 25,000.00 | 34,846.71 |
| 12/23/24 | | Cozen O'Connor | Wire transfer for Final Attorney Expense Award Order dted 12/18/24 Docket # 342 | 3120-000 | | 12,846.71 | 22,000.00 |
| | | **COLUMN TOTALS** | | | 375,000.00 | 353,000.00 | $22,000.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 375,000.00 | 353,000.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$375,000.00** | **$353,000.00** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-16481 | **Trustee Name:** | Ira Bodenstein (330129) |
| **Case Name:** | FRANK MARTIN PARIS, JR | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***5155 | **Account #:** | ******0372 Frank Martin Paris, Jr. chapter 7 estate account |
| **For Period Ending:** | 12/30/2024 | **Blanket Bond (per case limit):** | $46,515,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $375,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $375,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0372 Frank Martin Paris, Jr. chapter 7 estate account | $375,000.00 | $353,000.00 | $22,000.00 |
| | **$375,000.00** | **$353,000.00** | **$22,000.00** |

| | |
|---|---|
| 12/30/2024 | /s/Ira Bodenstein |
| Date | Ira Bodenstein |

# Exhibit C

## Claims Proposed Distribution Register

**Case: 23-16481 FRANK MARTIN PARIS, JR**

**Case Balance:** $22,000.00        **Total Proposed Payment:** $22,000.00        **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 4 | Illinois Department of Revenue - Bankruptcy | Secured | $37,266.81 | $37,266.81 | $0.00 | $37,266.81 | $0.00 | $22,000.00 |
| 5S | Internal Revenue Service | Secured | $238,549.01 | $238,549.01 | $0.00 | $238,549.01 | $0.00 | $22,000.00 |
| 11 | Keystone & Stuart LLC | Secured | $1,632,252. | $1,632,252.17 | $0.00 | $1,632,252.17 | $0.00 | $22,000.00 |
| 13 | AmeriCredit Financial Services, Inc. dba GM Financ | Secured | $33,683.85 | $33,683.85 | $0.00 | $33,683.85 | $0.00 | $22,000.00 |
| 19 | Beverly Bank & Trust Company N.A. | Secured | $958,019.50 | $958,019.50 | $0.00 | $958,019.50 | $0.00 | $22,000.00 |
|  | Ira Bodenstein | Admin Ch. 7 | $22,000.00 | $22,000.00 | $0.00 | $22,000.00 | $22,000.00 | $0.00 |
|  | <2100-00 Trustee Compensation> | | | | | | | |
|  | Cozen O'Connor | Admin Ch. 7 | $364,228.50 | $364,228.50 | $315,153.29 | $49,075.21 | $0.00 | $0.00 |
|  | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| **Claim Memo:** | Fees allowed 12/18/24 Docket # 342 | | | | | | | |
|  | Cozen O'Connor | Admin Ch. 7 | $12,846.71 | $12,846.71 | $12,846.71 | $0.00 | $0.00 | $0.00 |
|  | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| **Claim Memo:** | Expenses allowed 12/18/24 Docket # 342 | | | | | | | |
|  | Development Specialists, Inc. | Admin Ch. 7 | $30,907.50 | $30,907.50 | $25,000.00 | $5,907.50 | $0.00 | $0.00 |
|  | <3991-00 Other Professional's Fees> | | | | | | | |

# Exhibit C

## Claims Proposed Distribution Register

**Case: 23-16481 FRANK MARTIN PARIS, JR**

**Case Balance:** $22,000.00   **Total Proposed Payment:** $22,000.00   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Claim Memo:** Fees allowed 12/18/24 Docket # 341 | | | | | | | |
| 5P | Internal Revenue Service | Priority | $66,264.79 | $66,264.79 | $0.00 | $66,264.79 | $0.00 | $0.00 |
| 6P | Illinois Department of Revenue - Bankruptcy | Priority | $7,677.57 | $7,677.57 | $0.00 | $7,677.57 | $0.00 | $0.00 |
| 8 | Stout Risius Ross, LLC | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Claim Memo:** Doc. #328 | 12/17/2024 | Withdrawal of Claim(s): 8 Filed by Hall Adams on behalf of Stout Risius Ross, LLC. (Adams, Hall) | | | | | | |
| 12 | Angelini, Ori & Abate, LLC | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Claim Memo:** Doc. #331 | 12/18/2024 | Withdrawal of Claim(s): 12 Filed by Daniel P. Dawson on behalf of Ori Law Group, LLC f/k/a Angelini & Ori, LLC. (Dawson, Daniel) | | | | | | |
| 17 | Cronin & Co., Ltd. | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Claim Memo:** Withdrawal of claim filed 12/6/24 Docket # 322 | | | | | | | |
| 1 | Beerman, LLP | Unsecured | $25,030.75 | $25,030.75 | $0.00 | $25,030.75 | $0.00 | $0.00 |
| 2 | 315 W. North Ave., L.P. | Unsecured | $350,000.00 | $350,000.00 | $0.00 | $350,000.00 | $0.00 | $0.00 |
| 3 | Peter O'Brien, Sr. | Unsecured | $350,000.00 | $350,000.00 | $0.00 | $350,000.00 | $0.00 | $0.00 |
| 5U | Internal Revenue Service | Unsecured | $5,694.00 | $5,694.00 | $0.00 | $5,694.00 | $0.00 | $0.00 |
| 6U | Illinois Department of Revenue - Bankruptcy | Unsecured | $700.00 | $700.00 | $0.00 | $700.00 | $0.00 | $0.00 |
| 7 | Capital One, N.A. | Unsecured | $2,250.14 | $2,250.14 | $0.00 | $2,250.14 | $0.00 | $0.00 |

# Exhibit C

## Claims Proposed Distribution Register

**Case: 23-16481 FRANK MARTIN PARIS, JR**

| **Case Balance:** | $22,000.00 | **Total Proposed Payment:** | $22,000.00 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 9 | JPMorgan Chase Bank, N.A. | Unsecured | $10,298.89 | $10,298.89 | $0.00 | $10,298.89 | $0.00 | $0.00 |
| 10 | PeopleFirst Bank | Unsecured | $780,444.17 | $780,444.17 | $0.00 | $780,444.17 | $0.00 | $0.00 |
| 14 | Endurance Assurance Corporation | Unsecured | $1,065,782. | $1,065,782.00 | $0.00 | $1,065,782.00 | $0.00 | $0.00 |
| 15 | BDS III Mortgage Capital G LLC | Unsecured | $28,391,241 | $28,391,241.24 | $0.00 | $28,391,241.24 | $0.00 | $0.00 |
| 16 | Kerry Paris | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Memo:** Withdrawal of cliam filed 12/6/24 Docket # 323

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 18 | Republic Bank of Chicago | Unsecured | $56,689,203 | $56,689,203.58 | $0.00 | $56,689,203.58 | $0.00 | $0.00 |
| | **Total for Case:** | **23-16481** | $91,074,341.18 | $91,074,341.18 | $353,000.00 | $90,721,341.18 | $22,000.00 | |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 23-16481
Case Name: FRANK MARTIN PARIS, JR
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 22,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Illinois Department of Revenue - Bankruptcy | 37,266.81 | 37,266.81 | 0.00 | 0.00 |
| 5S | Internal Revenue Service | 238,549.01 | 238,549.01 | 0.00 | 0.00 |
| 11 | Keystone & Stuart LLC | 1,632,252.17 | 1,632,252.17 | 0.00 | 0.00 |
| 13 | AmeriCredit Financial Services, Inc. dba GM Financ | 33,683.85 | 33,683.85 | 0.00 | 0.00 |
| 19 | Beverly Bank & Trust Company N.A. | 958,019.50 | 958,019.50 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 22,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 22,000.00 | 0.00 | 22,000.00 |
| Attorney for Trustee Fees - Cozen O'Connor | 364,228.50 | 315,153.29 | 0.00 |
| Attorney for Trustee, Expenses - Cozen O'Connor | 12,846.71 | 12,846.71 | 0.00 |
| Other Professional's Fees - Development Specialists, Inc. | 30,907.50 | 25,000.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 22,000.00
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $73,942.36 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Internal Revenue Service | 66,264.79 | 0.00 | 0.00 |
| 6P | Illinois Department of Revenue - Bankruptcy | 7,677.57 | 0.00 | 0.00 |
| 8 | Stout Risius Ross, LLC | 0.00 | 0.00 | 0.00 |
| 12 | Angelini, Ori & Abate, LLC | 0.00 | 0.00 | 0.00 |
| 17 | Cronin & Co., Ltd. | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $87,670,644.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Beerman, LLP | 25,030.75 | 0.00 | 0.00 |
| 2 | 315 W. North Ave., L.P. | 350,000.00 | 0.00 | 0.00 |
| 3 | Peter O'Brien, Sr. | 350,000.00 | 0.00 | 0.00 |
| 5U | Internal Revenue Service | 5,694.00 | 0.00 | 0.00 |
| 6U | Illinois Department of Revenue - Bankruptcy | 700.00 | 0.00 | 0.00 |
| 7 | Capital One, N.A. | 2,250.14 | 0.00 | 0.00 |
| 9 | JPMorgan Chase Bank, N.A. | 10,298.89 | 0.00 | 0.00 |
| 10 | PeopleFirst Bank | 780,444.17 | 0.00 | 0.00 |
| 14 | Endurance Assurance Corporation | 1,065,782.00 | 0.00 | 0.00 |
| 15 | BDS III Mortgage Capital G LLC | 28,391,241.24 | 0.00 | 0.00 |
| 16 | Kerry Paris | 0.00 | 0.00 | 0.00 |
| 18 | Republic Bank of Chicago | 56,689,203.58 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**